**Corinna-Bridgett**, *suae potestas esse*[1], individually,
and as Agent for Salal Park, Inc., an Oregon non-profit corporation
Principal, Lender-in-Fact, and Contributing Beneficiary of Original Jurisdiction,
c/o 18675 Southwest Kinnaman Road,
Aloha (07), Oregon, United States of America
ZIP Exempt (per USPS D.M.M., Section 122.32)

## In the
# District Court of the United States
# for the District of Oregon
### sitting at Portland, Oregon

**In Law:**

| | |
|---|---|
| **Corinna-Bridgett**, *in esse*, individually, and as Agent for and on behalf of **SALAL PARK, INC.**, an Oregon non-profit corporation. | } Admiralty Case Number _____ <br> } <br> } **Libel in Review** <br> } |
| Plaintiffs / Libelants, <br> v. | } **Counterclaim and Injunction** <br> } **-in Admiralty-** <br> } |
| WASHINGTON MUTUAL BANK, N.A.; ROUTH CRABTREE OLSEN, P. C.; Alan H. Fishman; Teresa M. Shill; Nancy E. Hochman; Thomas W. Kohl; and Rob Gordon, | } In re: God-given, unalienable Rights in <br> } the original Estate – Article III, <br> } Constitution of the United States (A. D. 1791) |
| Defendant(s) / Libelee(s). | } |

1. One, **Corinna-Bridgett**, a live Christian Woman living lawfully and peacefully upon the Land known

   as Oregon, making a Special Visitation in the Original Jurisdiction by absolute ministerial Right to

   the district court of the United States, a "restricted appearance" under Rule E(8) in the alternative, as

   a Matter of unconditional Right and Privilege to challenge alleged rights under maritime liens and

   notice of seizure by "WASHINGTON MUTUAL BANK, N.A.", "ROUTH CRABTREE OLSEN

   P.C.", Alan H. Fishman, Teresa M. Shill, Nancy Hochman, Thomas W. Kohl, and Rob Gordon as

   Defendants / Libelees in the first instance absent their verified oath or solemn affirmation of

   complaint pursuant to Supplemental Rules (B)(1), (C)(2) and (E)(4)(f), or in the alternative Federal

---

[1] *suae potestas esse* – having full Power and Authority over one's own dominions

Rules of Civil Procedure (FRCP), "RULE 4(e)", thereby denying the Plaintiffs / Libelants both **procedural** _and_ **substantive Due Process of Law**.    Teresa M. Shill along with "ROUTH CRABTREE OLSEN P.C.", Nancy E. Hochman, Thomas W. Kohl, Washington Mutual and Rob Gordon have been making false claims and recording counterfeited securities in a public repository and through this Counterclaim and Lawful Notice are now in the "original exclusive cognizance" of the United States through the district court – see the **First Judiciary Act of September 24, A. D. 1789, Chapter 20, page 77**.

2.  **Parties: Corinna-Bridgett** is a natural-born Christian Woman dwelling within the freely associated compact states of the American union, living throughout the Unites States of America, currently near Aloha, in the _de jure_ republic state Oregon.    **SALAL PARK, INC.** is an Oregon non-profit corporation that lawfully owns and holds title to the private land and dwelling house commonly known as **18675 Southwest Kinnaman Road**, in Aloha, Oregon.  Corinna-Bridgett knows Teresa M. Shill to be d.b.a. putative attorney for "ROUTH CRABTREE OLSEN, P.C." working with "WASHINGTON MUTUAL BANK, N.A." unregistered foreign corporate _ens legis_[2]  "persons" doing restricted business in Washington, D. C., Puerto Rico, insular possessions of the United States and United States territories, exclusive of the territorial Boundaries of the _de jure_ republic states of the American Union – according to Federal Rule of Criminal Procedure – "RULE 54(c)", Title 4 U. S. C. Sections 71-72, Foreign Trade Zone Act of A. D. 1934.  Corinna-Bridgett knows that **Teresa M. Shill** receives service of process at 11830 Southwest Kerr Parkway, Suite 385 [postal code: 97035], Lake Oswego (35), Oregon.  **Nancy E. Hochman** receives service of process at 150 North First Avenue, Mail Stop 37, Hillsboro (24), Oregon.  **Thomas W. Kohl** receives service of process at 150 North First Avenue, Mail Stop 37, Hillsboro (24), Oregon.  Corinna-Bridgett knows **Rob Gordon** to be d.b.a. the purported _de jure_ sheriff of Washington county, Oregon.  **Rob Gordon** as

---

[2] _ens legis_. L. Lat. - a creature of the law; an artificial being, as contrasted with a natural person.  Applied to corporations and other artificial entities, considered as deriving their existence entirely from the law (see: _e.g._, Black's Law Dictionary, Fourth Edition, A. D. 1951).

1    "SHERIFF" for Washington County receives service of process at 215 Southeast Adams Street, Mail

2    Stop 32, Hillsboro, Oregon [postal code: 97123].    The *ens legis* Defendant / Libelee

3    "WASHINGTON MUTUAL BANK, N.A." receives service of process by **Alan H. Fishman** (as

4    Successor to Kerry K. Killinger), CEO and President, at 1201 Third Avenue [near: 98101], Seattle

5    (01), Washington.    The above-described entities are herein named collectively as Defendants /

6    Libelees. There are other unnamed agents / employees / superiors in support of the actions of the live

7    Defendants / Libelees.

8    3.   **Property that is subject of the action:** The live Plaintiff's / Libelant's **original Promissory Note**

9    that is claimed to be in the possession of *ens legis* Defendant / Libelee "WASHINGTON MUTUAL

10   BANK, N.A.", but which the live agents of *ens legis* Defendant / Libelee "WASHINGTON

11   MUTUAL BANK, N.A." have consistently **refused** to enter into evidence Libelant (see : Keeton,

12   Fraud -- Concealment & Nondisclosure). The live Plaintiff's / Libelant's **original Promissory Note**

13   is the sole **gravamen**[3] of the aforesaid *ens legis* Defendant's / Libelee's alleged legal and contractual

14   right, both to require monthly payments from the live Plaintiff's / Libelant's and to use a state

15   statutory "nonjudicial" foreclosure proceeding to transfer title from the private land and dwelling

16   house commonly known as **18675 Southwest Kinnaman Road**, lawfully owned and held by the *ens

17   legis* Plaintiff / Libelant SALAL PARK, INC. under a **valid** federal **Land Patent.**

18   4.   **Jurisdiction:**   This is an admiralty/maritime cause of action within the meaning of this Admiralty

19   Court's FRCP, RULE 9(h).  The Plaintiffs / Libelants draw the court's attention to **2 Benedict**, Sixth

20   Edition, § 275, pg. 119-120:

21           "But where a party discovers that…he has had no proper notice…and has thereby been
             deprived of property; **or where there has been a fraud of any kind…so that no regular**
22           **remedy is left him,** he may obtain redress by filing a **libel in review.**   The subsequent
             proceedings will be the same as in any suit and the decree of the court will be such as equity
23           demands. **There is no corresponding provision in the Civil Rules**." (Emphasis added).

24

25

---

[3] **gravamen** (noun) - The grievance complained of; the substantial cause of the action; also, in general, the ground or essence of a complaint.

5.  In International Law, and according to the supreme Law of the Land, agents of a foreign principal are **required** to file any purported Claim in the appropriate district court of the United States prior to exercising rights to that Claim.  The district courts have "exclusive original cognizance" of all inland seizures per FRCP, Rule 9(h) and this includes vessels *in rem* (Rule C (3)) such as trust organizations and **legal names** (Corinna B. Oleson, CORINNA BRIDGETT OLESON, C. BRIDGETT OLESON, TERESA M SHILL, NANCY E. HOCHMAN, Alan H. Fishman, Henry M. Paulson, Jr., etc.)

> "…the United States,…within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,…" *The First Judiciary Act*, September 24, A. D. 1789; Chapter 20, page 77.  The Constitution of the United States of America, Revised and Annotated – Analysis and Interpretation – 1983; Article III, §2, Cl. 1 *Diversity of Citizenship,* U. S. Government Printing Office document 99-16, p. 741.

This material Fact of judicial Protocol – filing a Claim in district court according to International Law is beyond dispute and extends into antiquity:  "Meanwhile those who seized wreck ashore without grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A. D. 1547-1602; Introductions – Prohibitions, *Note as to the early Law of Wreck,* Selden Society, p. x1, 1987.  Even the Internal Revenue Service recognizes the Protocol:

> "**Place for filing notice; form.**  Place for filing.  The notice referred to in subsection (a) shall be filed – with the clerk of the district court.  In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated…" 26 U.S.C. § 6323.

6.  As further evidence that the action before the court is, in fact, an Admiralty action we find in the case of the UNITED STATES OF AMERICA v. $3,976.62 in Currency, One 1960 Ford Station Wagon Serial No. lOC66W145329:

> "Although, presumably for purposes of obtaining jurisdiction, action for forfeiture under Internal Revenue Laws is commenced as **proceeding in admiralty**, after jurisdiction is obtained proceeding takes on the character of civil action at law, at least at such stage of proceedings, Rules of Civil Procedure control.  (emphasis added).

7.  Former English Colonists lobbied the first United States Congress to establish a judicial process to provide access to common law courts and their just remedies **within** the context of admiralty

jurisprudence.  At the conclusion of the Revolution, the **American Body Sovereign**, that is to say, the American People demanded common law courts and remedies because of fresh memories of injustice executed by English admiralty courts under the guise of statutes, which caused undue [on land] seizures and property seizures without jury trials.  The First Session of the First Congress, in accord, responded by creating and enabling the district courts of the United States by enacting the "**Saving to Suitors**" clause.  The "savings clause" ensures the American Body Sovereign (*i.e.*, the American People), never suffers the Oppression and Tyranny of arbitrary and predatory statutory seizures [revised or otherwise] and executions under the guise of lawful admiralty adjudication.

> "…Whereas…The British Parliament, claiming a power of right to bind the people of America, by statute in all cases whatsoever…and extended the powers of Admiralty courts beyond their ancient limits within the body of a county…by force of a statute…in the last session of Parliament, three [more] statutes were made…And another statute was then made,…All…statutes are impolitic, unjust, and cruel, as well as unconstitutional, and most dangerous and destructive of American rights…petitions to the crown for redress have been repeatedly treated with contempt by His Majesty's ministers of state:…the English Colonies in North America…are entitled to life, liberty, and property,…never ceded to any sovereign power…entitled to all…rights, liberties, and immunities of free natural-born subjects,…of England…the colonies are entitled to the common law of England,…according to the course of that law…we find many infringements and violations of the foregoing rights…such act and measures…demonstrate a system formed to enslave America…[cites 7 statutes]…for the purpose of raising…revenue in America…extend the powers of the admiralty courts beyond their ancient limits…[seizures in land] before…allowed to defend his property…[its] subversive of American rights…."  Declaration of Colonial Rights:  Resolutions of the First Continental Congress, Presentation, Joseph Galloway, before the British House of Commons, on or about June 1779.  (The Examination of Joseph Galloway…before the House of Commons…, 2d Ed.; London, A. D. 1789, p. 61.)

8. **Notice in Choice of Law:** First, Fourth, Fifth, Sixth, Seventh, and Ninth Articles of Amendment to the Constitution of the United States (Anno Domini 1791) secure Due Process in the course of the Common Law for every American.  Therefore, live Plaintiff / Libelant is hereby invoking the **Savings to Suitor Clause** in order to secure and proceed in the course of the Common Law given the Fact that there is controversy within the Special Maritime and Territorial Jurisdiction of the United States.  In A. D. 1948-49, Congress codified the "**Saving to Suitor**" Clause and its common law Remedy in

Title 28 U.S.C. Sec. 1333(1), without any substantive change in its application or original meaning (see: <u>Madruga v. Superior Court of California</u>, 1954, 74 S. Ct. 298, 346 U. S. 556, 98 L. Ed. 290). Defendants / Libelee(s) / Respondent(s) and their agents / employees / officers are directed by the Governor of the Fund (*i.e.*, private International Monetary Fund) a.k.a. Secretary of the Treasury, **Henry M. Paulson, Junior**, *in esse*, Alien Custodian for Prize and Booty, and are acting as foreign agents of their principal, The Fund and Bank, *et al., a fortiori* mandates pursuant to the law of the United States, *i.e.,* Title 22 U.S.C., Foreign Relations and Intercourse – International Organizations, Chapter 7, §286g.  Jurisdiction and venue of actions – "…any such action at law…to which either the Fund or Bank shall be a party shall be deemed to arise under the laws of the United States, and the **<u>district courts of the United States</u>** shall have original jurisdiction of any such action." (bold and underline emphasis added).  Title 28 of the United States Codes ("USC") §1603(b) defines:

> (b) An "agency or instrumentality of a foreign state" means any entity –
>   (1) which is a separate legal person, corporate or otherwise, and
>   (2) which is an organ of a foreign state or political subdivision thereof, or a majority of whose shares or other ownership interest is owned by a foreign state or political subdivision thereof, and
>   (3) which is neither a citizen of a State of the United States as defined in section 1332(c) and (d) of this title nor created under the laws of any third country.

**Pertinent American History after the First Act of the First Congress: "Savings Clause"**

9.  The live Defendants / Libelees / Respondents / Foreign Agents Alan H. Fishman (herein "Fishman"), Teresa M. Shill (herein "Shill"), Nancy E. Hochman (herein "Hochman"), Thomas W. Kohl (herein "Kohl") and Rob Gordon (herein "Gordon"), acting as "City METRO officers - "*city* of Washington, *district* of Columbia are unregistered agents of a foreign principal, a "foreign state" defined at Title 28 U.S.C. Sec. 1603, and Title 22 U. S. C. Sec.  611 the **Division of Enforcement** for the **Department of Revenue** (for example, C.R.S. § 24-1-117 [Colorado] under principal State Governor in convention with METRO organization, a.k.a. *Public Administrative Services Headquarters* (PASHQ – signed, for example, by Edwin C. Johnson, by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House, p. 21.)  The *Department*

1    *of Revenue,* of course, being the execution of bankruptcy proceedings against the American People

2    since the advent of House Joint Resolution (H.J.R.) 192 of June 5, A. D. 1933 – P.R. 73-10 (see

3    Senate Report 93-549) currently formed "International Monetary Fund" and "World Bank" etc. – the

4    State, City METRO municipal and police powers under the United Nations "charter law" – protected

5    by the same alleged positive law jural society (International Treaty) exemptions home rule (of, for

6    example, Article VI and Article VII of the Federal sub-chartered corporation "STATE OF OREGON"

7    Constitution, "Local Home Rule.")

8    10. That each *ens legis* Defendant / Libelee and its attorneys knew, or should have known, that on

9    October 28, Anno Domini 1977, the passage by Congress of <u>Public Law 95-147,</u> 91 Stat. 1227 (Title

10    12 U.S.C., Sections 265, 266, and C.F.R. 31 Part 202) declared most banking and loan institutions,

11    including State banks, to be under direction and control of the alien corporate "Governor" of the

12    International Monetary Fund (see:  Public Law 94-564, Legislative History, pg. 5942, and United

13    States Government Manual, 1990/91, pg. 480-481, <u>26 I.R.C. § 6302(c)</u>).  The Act further declared the

14    true condition of the *de facto* system at page 1229, to wit:

15        "(2) Section 10(a) of the Gold Reserve Act of 1934 [31 U.S.C. § 822(b)] is amended by
         striking out the phrase 'stabilizing the exchange value of the dollar'…"

16        "(c) The joint resolution entitle 'Joint resolution to assure uniform value to the coins and
         currencies of the United States', approved June 5, 1933 (31 U.S.C. § 463) shall not apply

17        to obligations issued on or after the date of enactment of this section."

18    11. The inter-agency International Organizations, Corporations and Associations had closed their doors

19    (see: 60 Statutes-at-Large 1456, Article VI, 5(b)) and refused to pay their debts and could not pay

20    their debts, determined that they would pass the loss of their non-redeemable, non-current notes,

21    bonds, warrants/checks and other evidences of debt off on others (See:  60 Stat. 1456, Article VI,

22    5(c), and thereby crown their fraud with success.  As stated in **Westfall v. Braley,** 10 Ohio 188, 75

23    Am. Dec. 509:

24        "Bank notes are the *representative* of money, and circulate as such, only by the general consent
         and usage of the community.  But this consent and usage are based upon the *convertibility* of such

25        notes into coin, at the pleasure of the holder, upon their presentation to the bank for redemption.

This is the vital principle, which sustains their character as money.  So long as they are in fact what they purport to be, payable on demand, common consent gives them the ordinary attributes of money.  But upon failure of the bank by which they are issued, when its doors are closed, and its inability to redeem its bills is openly closed, and its circulation as currency ceases with the usage and consent upon which it rested, and the notes become the mere dishonored and depreciated evidences of debt…In the absence of any special agreement, the very offer of bank notes, as a payment in money of a pre-existing debt, is representation that such notes are what they purport to be, the representative of money and that they have the quality of convertibility, upon which their currency as money depends.  It is only upon this idea that they can be honestly tendered as money, and when accepted as such, under the same supposition, the mutual mistake of facts should no more be permitted to benefit one party, or prejudice the other, than if the notes had been *spurious,* or payment had been made in base or *adulterated* coin…A party might fraudulently pass the paper of a broken bank, an yet it might be difficult to prove his knowledge of the previous failure.  Or if his victim should succeed in passing it to one equally ignorant of the facts with himself, the last recipient would be left to bear the loss, and the fraud crowned with success." (Source:  Letter, October 26, 1989, Department of Treasury, Russell Munk, Assistant General Counsel (INTERNATIONAL AFFAIRS), as recorded in the Office of Clerk & Recorder, Baca County, Colorado, at Book 540, pg. 364-369, Letter, April 10, 1989, Department of Treasury, State of Colorado, Gail S. Schottler to Grace S. Hayes, Warrant/Bill Credit No. 3-092626, issued by State of Colorado, Division of Accounts and Control, February 22, 1989, drawn upon "any bank or banker", see also **Klauber v. Biggerstaff**, 3 N.W. 357, pg. 362, **Ward v. Smith**, 74 U. S. (7 Wallace) 207, pg. 210.

12. That Fishman, Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant /  Libelee and its attorneys know or should have known that the *de facto* UNITED STATES, as corporator and subscriber (See: 22 U.S.C. § 286e) and the *de facto* Federal sub-chartered corporation known as: "STATE OF OREGON", as well as the inter-agency International Financial Institutions, Organizations, Corporations and Associations, including but not limited to, the Federal Reserve Banks (see:  22 U.S.C. Sec. 286d) have declared insolvency (see:  U.C.C. 1-201(23), **Adams v. Richardson**, 337 S.W. 2d 911, Congressional Record (House, May 4, A. D. 1992, pg. H 2891), and that the bonds, debentures, notes, certificates, securities, warrants, checks and other evidences of debt issued by or on behalf of their profligate inter-agency operations became "worthless securities" and "debt instruments" as a matter of equity and law.

"26 I.R.C. §165g, **Worthless securities**. – (1) General rule. – If any security which is a capital asset becomes worthless during the taxable year, the loss resulting therefrom shall, for the purposes of this subtitle, be treated as a loss from the sale or exchange, on the last day of the taxable year, of a capital asset."
(2) Security defined.

(C) A bond, debenture, note, or certificate, or other evidence of indebtedness, issued by a corporation or by a government or political subdivision thereof, with interest coupons or in registered form.

26 I.R.C. §1275.  Other definitions and special rules.
1.  Definitions.  For the purposes of this subpart- (1) Debt instrument.
(A) In general.  Except as provided in subparagraph (B), the term "debt instrument" means a bond, debenture, *note,* or certificate, or other *evidences of indebtedness."* (See also:  IRS Form #1545-0067 for Foreign Earned Income.)

As stated by John Adams:

"I am of the opinion…that there never was a paper pound, a paper dollar, or a paper currency [as money] but by force and fraud.  That the army has been grossly cheated; that the creditors have been infamously defrauded [some closed their shops to prevent being paid off with worthless paper money]; that the widows and fatherless have been oppressively wronged and beggared; that the gray hairs of the aged and the innocent, for want of their just dues, have gone down with sorrow to their graves, in consequence of our disgraceful depreciated paper currency."  (See:  The Financial History of the United States, (1896 Ed.), Albert S. Bolles, pg. 139.)

13.  That Fishman, Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys knew or should have known that the inter-agency Banking associations, knowing themselves to be insolvent, fraudulently accepted the deposits of people (see:  **Easton v. Iowa**, 188 U.S. 452, at pg. 454); the very essence and representative of their labor and efforts, their property. The same said illicit association having been precluded from lending, loaning or borrowing on the security of our Constitutional gold and silver Coin (see:  18 U. S. C. Sec. 337), and having loaned, borrowed and extended their own re-hypothecated debt credit, and preying upon the "necessary confidence between man and man" (See:  Federalist Papers No. 44), had no intentions of returning or giving others "just compensation", not honoring their inter-agency "obligations" at any time.

"The fact that those notes constitute the principle currency in which ordinary transactions of business were conducted…cannot change the law.  The notes were *not a legal tender for debt,* nor could they have been sold for the amount due in legal currency.  The doctrine that bank bills are good tender, unless objected to at the time, on the ground that they are *not money,* only applies to current bills, which are redeemed at that counter of the bank on presentation, and pass at par value in business transactions at the place where offered.  Notes not thus current at their par value, nor redeemable on presentation, *are not a good tender* to principal or agent, whether they are objected to at the time or not."  (See:  Ward v. Smith, 74 U.S. (7 Will) 207, pg. 210)

"The Constitution of the United States **does not** secure to **_anyone_** the privilege of defrauding the public."  (See:  **Easton v. Iowa**, 188 U.S. 452, at pg. 454)

14. That Fishman, Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys as foreign agents knew or should have known that on January 19, A. D. 1976, Representative Marjorie S. Holt noted for the record a second **Declaration of Interdependence,** and clearly identified the United Nations as a **"Communist" organization**, and that they were seeking both production and monetary control over the American Union and American People through the International Organizations promoting the "One World Order." (Reference: Declaration of Interdependence, January 19, 1976, Congressional Record, January 19, 1976, Extension of Remarks; also see: 8 U. S. C. § 1101(40), 50 U. S. C. §§ 781, 783, Congressional Record, November 7, 1969, John Rarick) **This is Contrary to the Prohibition contained in Title 50 U. S. C. § 407, to wit:**

> **No part** of the funds appropriated in this (or any other) Act shall be used to pay (1) any person, firm, or corporation, or any combination of persons, firms, or corporations, **to conduct a study or to plan** when and how or in what circumstances the Government of the United States should **surrender this country or its people to any foreign power,** (2) the salary or compensation of any employee or official of the Government of the United States who proposes or contracts or who has entered into contracts for the making of studies or plans for the surrender by the Government of the United States of this country and its people to any foreign power in any event or under any circumstances (Emphasis in bold and underline added).

Numerous members of both the *de facto* House of Representatives and Senate, disregarding their sworn oaths, several promises and duties, signed the Declaration thereby lending credence, prestige and allegiance to the diverse Foreign/Alien ideologies and Organizations.

15. That Fishman, Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys as foreign agents knew, or should have known, that the *de jure* Monetary and Military powers being previously abridged, relinquished, re-delegated and usurped to the direction and control of Foreign Powers, namely the United Nations Organizations and Agents, left the internal operations of the civil government partially intact. Congress passed Public Law 93-83, 87 Stat. 197, on August 6, A. D. 1973; thereby transferring certain other public offices and interests over to the directions, control and financial benefit of the United Nations Organizations, namely the **"International Criminal Police Organizations"** (**INTERPOL**) 22 U. S. C. A. Sec. 263a. Public Law 93-83, Part D, Section 402(c),

at pg. 206, specifically states that:

> "(c) The Institute shall serve as the national and international clearinghouse for exchange of information with respect to the improvement of law enforcement and criminal justice, including but not limited to police, courts, prosecutors, public defenders, and corrections."

16. The International INTERPOL operations, based in Lyon, France, have numerous other inter-Agency Agents, who under direction, control and financing of the "alternate" permanent member of the INTERPOL "Secretariat", the **Secretary of Treasury** a.k.a. alien corporate "Governor" of "The" Fund and The Bank, and the "permanent" member of the INTERPOL "Secretariate", the U.S. Attorney General (see: Memorandum of Understanding between the Department of the Treasury and the Department of Justice pertaining to U.S. representation to the International Criminal Police Organization ("INTERPOL") and Matters related thereto (1977), U.S. Government Manual, pg. 385). The "INTERPOL" Agents are part of an "International Force," **under direction and control of the Secretary General of the United Nations** (see: Congressional Record-House, September 22, 1988, pg. H7936), the Secretary of Treasury a.k.a. the alien corporate Governor of "The Fund" and "The Bank" and the U. S. Attorney General (see following: Memorandum of Understanding; U. S. Government Manual 1990/91, pg. 385; International Criminal Police Organization (INTERPOL), Constitution and General Regulations; GAO, Briefing Report to the Chairman, Subcommittee on Civil and Constitutional Rights, Committee on Judiciary, U.S. House of Representatives, Counter-terrorism, Role of INTERPOL and the U.S. National Central Bureau, June 1987, GAO/GGD-87-93BR; Report of The Comptroller General of The United States, United States Participation In INTERPOL, The International Criminal Police Organizations, December 27, 1976, ID-76-77), the expatriated, alien, permanent members of the "Secretariat".

17. That Fishman, Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys as foreign agents know or should have known that **as INTERPOL Agents they are <u>required to renounce their allegiance to their respective Countries and State</u>**, as evidenced by Letter, Internal

Memorandum, June 6, Anno Domini 1972, Mr. John Ingersoll, Director to John Warner, Chief,

Strategic Intelligence Office, on Page 2, to wit:

> **"The Secretariat consists of international police officers who have given up their allegiance to their individual countries for the term assigned to INTERPOL."** (see also:  Constitution and General Regulations, INTERPOL, Articles 25-30, Title 8 U. S. C. § 1481, Title 22 U. S. C. § 611).

18. While acting under the <u>Constitution And General Regulations of INTERPOL,</u> by way of USNCB of INTERPOL (United States National Central Bureau - "Point of Contact for International Law Enforcement") these Foreign Agents adhere only to the Constitution and General Regulations of INTERPOL and claim complete exemption from the domestic Laws of the host Nation, State or Local Authority.

> "In the exercise of their duties, the Secretary General and the staff shall neither solicit nor accept instructions from any government or authority outside the Organization.  They shall abstain from any action which might be prejudicial to their international task."  (See: INTERPOL Constitution And General Regulations, Article 30, Clause 1).

19. The alien, inter-agency INTERPOL operations can and do obtain information on Americans and their families even though no specific criminal incident has occurred, and use numerous documents to access and obtain information, including but not limited to: Social Security Numbers (See:  <u>United Food and Commercial Workers International Constitution,</u> (1997), Article 34(B) par. 7), Passports, Drivers Licenses, Vehicle Registration, fingerprints, Medical and Dental records, **Bank Accounts**, and numerous other inter-agency records, indexes and files (see: GAO Briefing Report, Role of INTERPOL and the U. S. National Central Bureaus, GAO/GGD-7-93BR, pg. 2, 3, 17, 18), and claims exclusion and immunity from Freedom of Information Act, and the Privacy Act of 1974 (5 U.S.C., Sec. 55) and numerous other domestic Laws (see:  Executive Order No. 12425 and Code of Federal Regulations (CFR) 5.4).  **The Internal Revenue Service, being a represented member of INTERPOL**, also uses telephone numbers through the "Automated Collection System (ACS) to access files (see: <u>GAO Report to the Joint Committee on Taxation, U.S. Congress,</u> "Tax

1    Administration", Extent and Causes of Erroneous Levies, December 1990, GAO/GGD-91-9, pg. 1).

2    The inter-agency international Law Merchants and their factors had obtained access to all facets of

3    anyone's private life, affairs and their property, whether corporeal or incorporeal in their nature.

4    Those of alien character and certain expatriates had declared themselves above the Law of Nations or

5    of any particular Nation / State.

6  20. The district court for the Federal District of Oregon, sitting at Portland, has acquired exclusive

7    original cognizance of this Counterclaim for the United States because this is a **federal Question** – a

8    constitutional Matter involving a Woman living peacefully on the Land complaining about threatened

9    theft and seizure of Private Property contrary to Due Process of Law – Title 18 U. S. C., Sections 661

10    and 1201, respectively, and irregular extradition from the asylum state into the United States custody,

11    treason – Constitution, Article III, Section 3 and Title 18 U.S.C., Sec. 2381 by Fishman, Shill,

12    Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys and unidentified

13    subordinates, agents of a foreign principal, creating diversity of citizenship – Title 28 U.S.C.,

14    Sections 1331 and 1333, respectively.  The private commercial Presentments (Case #C081086EV;

15    "GENERAL JUDGMENT" signed "6/12/08"; "'ORDER' [Denying Defendants' Motion to Vacate

16    Summary Judgment, Strike Answer, No Action on document 'Mandatory Judicial Notice' signed

17    "27[th] day of June, 2007"]; "DENIAL OF MANDATORY JUDICIAL NOTICE" (stamped and dated

18    "7-3-08"); [first] "NOTICE OF RESTITUTION" (signed "This 7[th] day of July, 2008"), [second]

19    "NOTICE OF RESTITUTION (signed "This 10th day of Sept, 2008") uttered under color of law and

20    color of office are arbitrary and capricious grounded in fraudulent statements of unidentified

21    subordinates foreign Agents clearly serving as the sole authority for the actions by way of inland

22    seizure of the inherent right to own private Property of **Corinna-Bridgett** and the constitutionally

23    protected statutory right to own private Property of **Salal Park, Inc**.  Speaking historically, the

24    districts, formed in A. D. 1790 for handling the financial obligations of the United States could not

25    come into existence until after formal expression of remedy in the **"savings to suitors"** clause (A. D.

1789) quoted above and codified at Title 28 U.S.C., §1333.  The law is paraphrased in the Internal Revenue Code:

> "Form.  The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary.  Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). [bold emphasis added]

21. The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III Court.

22. **Law of the flag:**  Man is created in the Image of God Almighty and to reduce man to "human resource" chattel against the national debt is an affront to God Almighty (*see: **Exodus 13:16** and **Genesis 1:27**).

### Cause of Action

23. Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys, foreign agents with malice aforethought and willful misconduct failed to comply with the mandate of FRCP, RULE 4 and further failed to comply with the **Supplemental Rules for Certain Admiralty and Maritime Claims, Rule E (5)(b),** regarding the posting of a Bond for double the value of the claim vessel.  Such attempt to acquire a judgment against a live Man or Woman on the Land violates the national Law required by the **Saving to Suitors** clause of the First Judiciary Act.

24. Further, the private commercial Presentments (Case #C081086EV; "GENERAL JUDGMENT" signed "6/12/08"; "'ORDER' [Denying Defendants' Motion to Vacate Summary Judgment, Strike Answer, No Action on document 'Mandatory Judicial Notice' signed "27th day of June, 2007"]; "DENIAL OF MANDATORY JUDICIAL NOTICE" (stamped and dated "7-3-08"); [first] "NOTICE OF RESTITUTION" (signed "This 7th day of July, 2008"), [second] "NOTICE OF RESTITUTION [signed "This 10th day of Sept, 2008"]) uttered under color of law and color of office are arbitrary and capricious grounded in fraudulent statements and actions of Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys.  Additionally, Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant's / Libelee's attorney knew or should have known that said attorney Shill, who

Libel in Review - Counterclaim and Injunction in Admiralty

initiated private commercial Case # C081086EV, with malice aforethought, failed to tender the requisite filing fees in a medium of exchange consistent with the federal injunction and requirement of Article One, Section Ten of the Constitution of the United States as it pertains to tender of obligation in payment of debt to invoke the subject matter jurisdiction of a state tribunal. Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant's / Libelee's attorney each **failed** in their purported sworn duty as alleged "officers of the court or state" to uphold and defend the aforesaid Constitution, a failure of which **constitutes Treason** to the national Constitution – see **Cohen v. Virginia,** 6 Wheaton 264, 6 L. Ed. 257.

25. Further violation by Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys of FRCP, RULE 4, and Article I Section 10 of the Constitution of the United States establishes a pattern, policy and practice. Thus, each subsequent action of Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys as foreign agents only aid and abet the prior High Crimes and Misdemeanors of said attorneys for the *ens legis* Defendants / Libelees which are predicate acts of R.I.C.O. Thus, the entire proceedings under the commercial vessel / account Case #C081086EV; "GENERAL JUDGMENT" signed "6/12/08"; "'ORDER' [Denying Defendants' Motion to Vacate Summary Judgment, Strike Answer, No Action on document 'Mandatory Judicial Notice' signed "27th day of June, 2007"]; "DENIAL OF MANDATORY JUDICIAL NOTICE" (stamped and dated "7-3-08"); [first] "NOTICE OF RESTITUTION" (signed "This 7th day of July, 2008"), [second] "NOTICE OF RESTITUTION (signed "This 10th day of Sept, 2008") uttered under color of law and color of office are immoral and criminal, clearly serving as the sole authority for the actions by way of inland seizure of the inherent right to Property (*i.e.*, **original Promissory Note**) of **Corinna-Bridgett**, a constituent Member of the American Body Sovereign.

26. Thus, Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys, through said private commercial Case #C081086EV; "GENERAL JUDGMENT" signed "6/12/08"; "'ORDER' [Denying Defendants' Motion to Vacate Summary Judgment, Strike Answer, No Action

on document 'Mandatory Judicial Notice' signed "27th day of June, 2007"]; "DENIAL OF MANDATORY JUDICIAL NOTICE" (stamped and dated "7-3-08"); [first] "NOTICE OF RESTITUTION" (signed "This 7th day of July, 2008"), [second] "NOTICE OF RESTITUTION (signed "This 10th day of Sept, 2008") have each caused commercial Harm to **Corinna-Bridgett** and **Salal Park, Inc.**, through attempted theft of their private Property (*i.e.*, **original Promissory Note**) and rights to said Property, estate, trust, her good reputation, and her ability to transfer, sale and freely use same, therefore, this has caused the live Plaintiff / Libelant to be put into the position of involuntary servitude, cause the homelessness of the live Plaintiff / Libelant  who is currently leasing the private land and dwelling house commonly known as **18675 Southwest Kinnaman Road** from the *ens legis* Plaintiff / Libelant SALAL PARK, INC., and **forced peonage** against the live Plaintiff's / Libelant's will and the laws of the United States of America, of Oregon and the Law of Nations by Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys.

27. Gordon knew or should have known that he had a duty to check whether other Defendant / Libelees had failed to comply with the Law of Nations, FRCP, RULE 4 and **Article One, Section 10** of the Constitution of the United States prior to enforcing the claims against **Corinna-Bridgett** or **Salal Park, Inc.**, given the failure of the live Defendant / Libelees to comply with the foregoing rule of law, <u>Gordon's consent to enforce such actions of the live Defendants / Libelees is a Felony under International and federal laws and the damages sustained from such recordings makes Gordon liable to Corinna-Bridgett three times the amount of actual damages for each violation of Due Process of Law</u>.

28. The Plaintiffs / Libelants, upon receiving said threatening notices and the like, have refused for fraud and returned said Notices to Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys, thereby, attest and affirms that upon investigation and research, the material facts stated herein are true, correct and complete and so verify the same to the best of her knowledge and belief.

29. Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys in the original, and in the alternative serving of the Notices and the like, have **never** met the requirements of the *de jure* laws of the forum United States of America or the Law of Nations, the Admiralty, in any of their correspondence or recorded documents.

30. The Plaintiffs / Libelants are without remedy to vacate, remove or replevin any anticipated liens, levies and seizure of property respectively; in that due to the lack of procedural due process, *i.e.*, a filing of libel before mesne process, as mandated in the district courts of the United States "in Admiralty", by Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys, (see: annexed **Certificate(s) of Search**, dated "September 12, 2008" and stamped by Clerk of the Court). Therefore, the Plaintiffs' / Libelants' only redress in the premises is for the court to review this Petition and make further inquiry into the acts of omission or commission by Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys, by the Article III Judges of this Court pursuant to Title 22 U.S.C., Sec. 272b, Sec. 611 et seq. and Title 18 U.S.C., Sections 2-4 given the serious nature of the egregious acts of Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys **in the light of the fact that** the Penalty for Treason **under national Law is still** **death** per this court's own Title 18 U.S.C., Sec. 2381, which sentence is executed under common law by **hanging**, and under military law **by firing squad**. Further, the Penalty for seditious Conspiracy is twenty years in prison per 18 U.S.C., Sec. 2384.

31. The subject private commercial presentments utilized for the Claim were regular enough, but the Plaintiffs / Libelants wish to invoke judicial review of "any other provision of law" and nullify any justification for any continued threat of inland piracy and seizure of the private Property of the Plaintiffs / Libelants manifest in actual theft and seizure. The private commercial Presentment(s) upon which the theft and seizure are based have been refused for fraud and the red ink original refusal for fraud has been returned to either Gordon or the alleged attorney of *ens legis* Defendant / Libelee "WASHINGTON MUTUAL BANK, N.A." respective of source origin of presentment in their copy

Libel in Review - Counterclaim and Injunction in Admiralty

of summons and counterclaim.    All other copies both served and retained and the original
Counterclaim filed with the court have black ink (copy) refusals for fraud on the presentment(s).

### Stipulation of Acceptable Answer

32. **The Issue before this Court is simple**:  Agents of a foreign principal are required to register as foreign agents and are further required to file their Complaint in the appropriate district court **prior** to exercising any ostensible Claim against a Man or Woman on the Land.  This is international and common Law.  In this case, there have been no claims filed against the live Christian Woman **Corinna-Bridgett** or any commercial Token Names in the respective United States District Court for the District of Oregon at Portland.  As a matter of both Law and Fact, no Contract binds Corinna-Bridgett to forfeit her Freedom or private Property, or the private Property and land lawfully owned by Salal Park, Inc., to Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys.  Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys as foreign agents must directly address the validity of the Certificate of Search that clearly shows there have been **no claims filed** against "Corinna-Bridgett" or any U.S. Trust / Public Vessel with similar commercial Token Names through which Corinna-Bridgett may be engaged in contract in the district court.  The court clerk, Donald M. Cinnamond, (District of Oregon) through his agent has executed a **Certificate of Search** that establishes no such claims against the Libelants or any U.S. Trust / Public Vessel with similar commercial Token Names exist.  Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys may call (503) 326-8008 to conduct searches, and of course, the Article III judge can research cases in Chambers.  It is however reasonable to say that **if** Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys are moving on a valid Claim in a *de jure* district court of the United States, then Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys should know what the case it is.

33. The United States in not a Party in interest in this action.  **Any** registered attorney responding for Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys **cannot** be a

citizen of the United States and is intentionally violating federal law due to the *de jure* **Thirteenth Amendment** of the Constitution.  A **<u>certified</u>** copy is attached and fully incorporated into this Counterclaim.  (Any federal judge assigned this case is only qualified to adjudicate under Article III if he or she was never listed as having "active" status with any State supreme court attorney register.)  **<u>Addressing the Certificate of Search is the only response that will be considered an Answer to this Counterclaim.</u>**  Failure to Answer will be met with Default Judgment in favor of the Plaintiffs / Libelants according to the Notice on the face of the Summons.

### Stipulation of Remedy

34. The Recourse sought is immediate exclusive original cognizance of the United States through the district court and **abatement of any claims and return of all property erroneously seized under Case # C081086EV from the beginning and <u>immediate</u> removal of any FRCP, RULE 4 violation Notice of Liens recorded in the public repository of Washington County.**  This case is repository for Evidence for injunctive relief from any future presentments and theft and seizure actions from **<u>any</u>** foreign agents or principals.  Though the theft/seizure could be justified by notice and sophistry under the color of law municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper.  There is no excuse for the arbitrary and capricious attorney actions – inland seizure of property – that have confronted good men and women since the "Banker's Holiday".  Roosevelt implemented a "voluntary compliance" national debt (upon the State Governor's Convention) but utilized the A. D. 1917 <u>Trading with the Enemy Act</u> (see: UNITED STATES CODE, Title 50 Appendix) to compel American People to comply.  The substitution of <u>American Citizens</u> for German nationals on this land was against **<u>Stoehr v. Wallace,</u>** 255 U. S. 239 (1921) where the Court clearly expresses, "The Trading with the Enemy Act, originally and as amended, is strictly a war measure…" – directly citing the Constitution Article One, Section Eight, Clause Eleven.  The war on the Great Depression (1) does not count and (2) would only last the duration of the emergency, if it did.  All private commercial Presentments will be treated as described by the **following example** of Instruction to the Clerk of the instant Admiralty Court:

**Corinna-Bridgett**, *suae potestas esse*, individually,
and as Agent for Salal Park, Inc., an Oregon non-profit corporation
c/o 18675 Southwest Kinnaman Road,
Aloha (07), Oregon, United States of America
ZIP Exempt (per USPS D.M.M., Section 122.32)
**non-domestic mail**

District Court of the United States                    Registered Mail # RB xxx xxx xxx US
for the District of Oregon
1000 SW 3rd Street
Portland, OR. [97204-2902]

Dear Clerk;

    Please file this refusal for fraud in the case jacket of Article III Case 08-xxxxx.  This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future.  A copy of this instruction has been sent with the **original refusal for fraud** back to the presenter in a timely fashion.

### Certificate of Mailing

    My signature below expresses that I have mailed a copy of the presentment, "**Refused for Fraud**" with the original clerk instruction to the district court and the original presentment, refused for fraud in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the Presenter within a few days of presentment.

*example*
Corinna-Bridgett

Presenter's name                    Registered Mail # RR xxx xxx xxx US
Address
Anywhere, State [ZIP]

35. Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys and all

principals and agents are hereby properly notified.  There is **no governmental immunity** to cover

"law enforcement officers" who choose to interfere with one's rights to the land and violators will be

arrested by the United States Marshal according to Rule C of the Supplemental Rules for Certain

Admiralty and Maritime Claims.  Internal Revenue Service and all principals and agents are left with

their remedy:

> **Courts of the United States**...136.  When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure.  10 Wheaton 325; 1 Mason, 361. First Judiciary Act, September 24, A. D. 1789.  John Bouvier's Law Dictionary, 1856 Edition.

///

*************** **Injunction** ****************

36.  Upon Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee and its attorneys; and a sundry of others, etc. are ordered to **immediately cease** all (professional) conscious contact with Corinna-Bridgett and further you are ordered to release all purported Claims against Corinna-Bridgett regarding any claims commercial vessel - **Case # C081086EV** attached to Corinna-Bridgett regarding the private Property and Land located at 18675 Southwest Kinnaman Road, Aloha, Oregon, and return of all property erroneously removed from said property instanter.  **Service to the Agent is service to the Principal and vice versa.**

### Mandatory Judicial Notice

37. Failure to comply with this injunction immediately will result in the cancellation (in common or several) of Citizenship mentioned in the attached and fully incorporated *de jure* Bill of Rights. Position of privilege within positive law jural societies are allowed on this fine Land (church organizations, Olympic Commission, Freemasonry, "Home Rule" municipal corporations [METRO, INTERPOL, USNCB, etc.] but only when they contain themselves to within the scope of their severely limited jurisdiction [foreign trade zones under federal public policy of H. J. R. 192].  The national Constitution at Article One, Section Ten, Clause One both protects a live Man's or Woman's Right to Contract and Right of Avoidance of the imposition by various societies (Esquires of the International Banking Cartel were obviously foremost in Thomas Jefferson's mind) through domestically exercised titles of nobility (self-aggrandized positions of privilege [*privi—lege, i.e.,* private law]).  As early as A. D. 1810 or so the early constitutional legislators saw a need to specify and enumerate the stipulation further with the lucid amendment.

### Purpose of Injunction

38. Statement of all claims and return of all Property both real and personal erroneously seized under said commercial vessel - **Case # C081086EV** account is warranted upon the vesting of the United States District Court records and files pursuant to the annexed <u>certified</u> copy of **Certificate of Search**

wherein a reasonable Man would determine that Shill and each *ens legis* Defendant / Libelee and its attorneys with the assistance of Gordon have circumvented with willful intent the Prohibition and Mandate of the Article I, Section 10 of the Constitution of the United States of American as it pertains to tender of obligation in payment of debt and FRCP, RULE 4 regarding service of process mandate for foreign agents. Thus Defendants' / Libelees' commercial presentments /offers identified herein under private commercial Case #C081086EV; "GENERAL JUDGMENT" signed "6/12/08"; "'ORDER' [Denying Defendants' Motion to Vacate Summary Judgment, Strike Answer, No Action on document 'Mandatory Judicial Notice' signed "27th day of June, 2007"]; "DENIAL OF MANDATORY JUDICIAL NOTICE" (stamped and dated "7-3-08"); [first] "NOTICE OF RESTITUTION" [signed "This 7th day of July, 2008"], [second] "NOTICE OF RESTITUTION (signed "This 10th day of Sept, 2008") are utterly void, repugnant to the guarantee of Due Process in or at Law and are abated as a matter of both Law and Fact.

### To All Whom These Presents Come – Premises Considered:

39. **A failure to adhere to this Injunction:**  Immediate arrest of any of the herein named individuals Libelees or the entire society of attorneys (the BAR Association) and/or total and immediate revocation of citizenship for the same will be implemented by United States Marshal under Rule C(3)(a)(ii)(B) *Arrest Warrant of the Supplemental Rules for Certain Admiralty and Maritime Claims* upon the concurrent filing of my **Certificate of Exigent Circumstances** with the Clerk of the United States District Court after any named Defendant / Libelee or subordinate **refuses to release from the unlawful restraint the real and personal property of Corinna-Bridgett and Salal Park, Inc. upon receipt of this Counterclaim – Libel in Review.**

40. Upon Offense by hostile Presentment after the inevitable Default by Shill, Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee (including all agents, principals and any and all offensive presentments), after fair Notice by **Refusal for Fraud** like the above clerk instruction a **Certificate of Exigent Circumstances** will be issued pursuant to Rule C(3)(a)(ii)(B) **Arrest Warrant** and the clerk

will <u>immediately issue</u> an **ARREST WARRANT** for Shill, Hochman, Kohl, Gordon and each *ens*

*legis* Libelee and its attorneys, agent or principal to be taken into custody for the violations of federal

law.  Future presentments of any kind, from Shill, Hochman, Kohl, Gordon, any *ens legis* Defendant /

Libelee, its attorneys, or any agents acting for the Bankruptcy of "The United States" through the

District Court may be considered hostile threat of seizure.

### Stipulation regarding Character and Residential Address

41. The use of a "residential address" is by Right.  All "privileges" associated with postal delivery are

compensated, usually prepaid in honestly won U. S. currency. The live Plaintiff / Libelant **is not** "pro

se" and is not "representing" herself.  **<u>The Clerk shall not change the name of this suit on the</u>**

**<u>docket from the name on the filing fee receipt.</u>**   The live Plaintiff / Libelant retains the

**imprescriptible** and **unalienable** Right to hold the district court clerk to the obligations to perform

duty of file clerk for the district court of the United States working in the United States Courthouse.

This includes the expectation that if and when this case reaches Default Judgment against Shill,

Hochman, Kohl, Gordon and each *ens legis* Defendant / Libelee, the Default Judgment will be filed in

full cognizance of the United States and will appear on the docket as "Default judgment for the

Plaintiff."  The live Plaintiff / Libelant is authorized by fidelity Bond to file Default Judgment in lieu

of district court action.  Any such Judgment will stand on the truth for validity.  Any character

assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and

all agencies.  Usage of a "residential address" is non-assumpsit and changes the live Plaintiff's /

Libelant's character not in the least:

> The privilege against self-incrimination is neither accorded to passive resistant, nor the
> person who is ignorant of his rights, nor to one indifferent thereto.  It is a fighting clause.
> Its benefits can be retained only by sustained combat.  **It cannot be claimed by attorney**
> **or solicitor.**  It is valid only when insisted upon by a belligerent Claimant in person.
> Quote from the Federal judge Lee in <u>United States v. Johnson et al.</u>, No. 11400, Middle
> District of Pennsylvania, 76 F. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February 26,
> 1947. *emphasis added*

42. The highlighted bold sentence in the above quote admonishes against any clerk action that falsely

1  brands the Libelant as "pro se" – to imply that **Corinna-Bridgett** is "representing" herself before the

2  district court.  Corinna-Bridgett is a responsible asylum state visiting her judiciary under RULE E (8).

3  If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect

4  the fiduciary interests of the Bank and the Fund, and act as an attorney under Article I, he or she **must**

5  maintain silence or he/she must as a matter of law immediately <u>disqualify</u> himself/herself from taking

6  any action concerning the instant Libel in Review:

> "BANKRUPTCY. The state or condition of a bankrupt.  2.  Bankrupt laws are an encroachment upon the common law.  The first in England…" John <u>Bouvier's Law Dictionary,</u> 1856 Edition.

9  43. <u>**All testimony will be without Immunity**</u> – **piercing the corporate veil and Instrumentality Rule.**

10  Corinna-Bridgett is a live Christian Woman with God-given unalienable Rights, one living and

11  regenerate Entity of sound Mind and Body (state).

12  **\*\*\* No Article I or Article IV Magistrates may Trespass on Case \*\*\***

13  44. <u>**No one may handle the instant Case but a Lawful Article III judge**</u>.  The nature of this cause is

14  injunctive relief, albeit preemptive.  Title 28 U. S. C. Sec. 636(b)(1)(A) cannot ensue, "…except a

15  motion for injunctive relief…"

16  The following annexed documents are fully incorporated herein for all purposes:

17  1)  The original **Verified Affidavit in Support** of the foregoing Libel in Review - Admiralty

18  Counterclaim and Injunction; **2)** A <u>certified</u> copy of the "**Minutes of Organizational**

19  **Meeting of the Board of Directors for: Salal Park Inc.**" appointing Corinna Bridgett

20  [Family: Oleson] as the president of Salal Park Inc.; **3)** An original **Certificate of Search** on

21  both "Corinna Bridgett" and Salal Park, Inc. stamped by clerk of the district court.  Teresa M.

22  Shill, Nancy E. Hochman, Thomas W. Kohl, Rob Gordon and the *ens legis* Defendants /

23  Libelees are provided with information to check for case histories. **4)** Various private

24  commercial Presentments / Offers from the Defendants / Libelees mailed on or around April

25  8, A. D. 2008 through September 10, A. D. 2008, **refused for fraud**.  The red ink original

1    refusals are in the copies of the counterclaim served upon Teresa M. Shill, Nancy E.

2    Hochman, Thomas W. Kohl, Rob Gordon, or the *ens legis* Defendants / Libelees respective

3    of source of origin of said presentments / offers.  The original Counterclaim filed in the

4    district court has <u>certified</u> copies of the various private commercial Presentments / Offers

5    from the Defendants / Libelees each refusal marked in black ink. **5)** a <u>certified</u> copy of the *de*

6    *jure* Thirteenth Amendment to the Constitution of the United States filed into the Record as

7    self-authenticating Evidence, in full accord with the Federal Rules of Evidence, Rule 902.

8    This private commercial Instrument is signed in full harmony with F.R.Civ.P. "RULE 11".

9    Done and dated by my hand on this Fifteenth Day of the Ninth Month, in the Year of our Lord

10   Yahushua, The Christ, Two-thousand-eight; and, of the Independence of these united States of America,

11   the two hundred and thirty-second, under restricted signature, that is to say, with all One's

12   constitutionally protected birthright Prerogatives, Immunities, and unalienable Rights reserved, and all

13   Remedies preserved,

14                                                                    Corinna-Bridgett
                                                                      **Corinna-Bridgett**, *in esse*, Libelant

15

16   **Notice and Caveat**:  The use of a Notary Public *infra* is only for identification of Libelant's natural body
     (state) and witness of Libelant's subscription to the foregoing Instrument, and such use **does not** grant
     any undisclosed authority or jurisdiction to anyone or anything.

17

18   state: **Oregon**                    }
                                          }    solemnly subscribed and affirmed:
19   county: Washington                   }

20   Before me, Justin C. Tallman, on this 15th day of September, A. D. 2008,
     appears **Corinna-Bridgett** [Family: Oleson], personally known to me to be the Christian woman whose

21   Christian Title is subscribed to the foregoing Instrument and affirmed to me that she is executing the same
     in her personal capacity, and as the duly authorized Representative of Salal Park, Inc., and that by her

22   signature on the foregoing Instrument, she is solemnly affirming the Facts set forth in the foregoing
     Instrument are true, correct, and materially complete to the best of her first-hand knowledge and

23   understanding.

     **Witness**: my hand, notary stamp and official Seal.        {notary stamp}            {Seal}

24

25   Justin C. Tallman
     Notary Public for STATE OF OREGON

     My commission expires: March 12 A. D. 20 10 .

     | OFFICIAL SEAL |
     | JUSTIN C TALLMAN |
     | NOTARY PUBLIC – OREGON |
     | COMMISSION NO. 403056 |
     | MY COMMISSION EXPIRES MAR 12, 2010 |

1

**Mailing Addresses:**

2

United States District Court
for the District of Oregon

3

1000 Southwest Third Street [postal code: 97204]
Portland (04), Oregon, United States of America

4

SALAL PARK, INC.; and

5

**Corinna-Bridgett**
c/o 18675 Southwest Kinnaman Road,
Aloha (07), Oregon, United States of America

6

ZIP Exempt (per USPS D.M.M. 122.32)

7

ROUTH CRABTREE OLSEN, P. C.; and

8

**Teresa Marie Shill**
c/o 11830 Southwest Kerr Parkway
Suite 385 [postal code: 97035]

9

Lake Oswego (35), Oregon, United States of America

10

**Nancy E. Hochman**
c/o 150 North First Avenue, Mail Stop 37 [postal code: 97124]

11

Hillsboro (24), Oregon, United States of America

12

**Thomas W. Kohl**
c/o 150 North First Avenue, Mail Stop 37 [postal code: 97124]

13

Hillsboro (24), Oregon, United States of America

14

**Rob Gordon**
c/o 215 Southeast Adams Street, Mail Stop 32 [postal code: 97123]

15

Hillsboro (23), Oregon, United States of America

16

WASHINGTON MUTUAL BANK, N. A.; and
**Alan H. Fishman**, C.E.O. and President

17

c/o 1201 Third Avenue [postal code: 98101]
Seattle (01), Washington, United States of America

18

19

20

21

22

23

24

25

Libel in Review - Counterclaim and Injunction in Admiralty

**In the District Court of the United States**
**for the District of Oregon**

**Civil Action in Admiralty No. _____**

**Certification of Exigent Circumstances Requiring Order for Arrest Warrants *in personam***

Pursuant to Rule C(3)(a)(ii)(B) the unlawful inland seizure / piracy and willful oppression of private property identified as 18675 Southwest Kinnaman Road, Aloha, Oregon under color of commercial claim # C081086EV coupled with willful refusal to voluntarily comply with Plaintiffs' Injunction to cease and desist in unlawful restraint of the liberty and peaceful enjoyment of the Plaintiffs' private property after receipt of proper notice of remedial action having been initiated in this court under civil action Admiralty Case No. _____, **exigent circumstances exist which make the district court process of review impracticable**. Therefore:

> "If the plaintiff or plaintiff's attorney certifies that exigent circumstances make court review impracticable, the clerk must promptly issue a summons and a warrant for the arrest of the vessel or other property that is the subject of the action. The plaintiff has the burden in any post arrest hearing under Rule E(4)(f) to show that the exigent circumstances existed." Rule C(3)(a)(ii)(B) – Supplemental Rules for Certain Admiralty and Maritime Claims

And it is clear that the named Respondents and named co-conspirators, respectively are subject to the stipulation that *in rem* property seizure may easily extend to **arrest *in personam*:**

> "Except as otherwise provided by law a party who may proceed *in rem* may also, or in
>
> the alternative, proceed *in personam* against any person who may be liable." Same Rule C.

Libelee(s) / Respondent(s) are unregistered agent(s) of the International Monetary Fund —METRO and therefore no exemptions or immunities exist preventing immediate arrest by United States Marshal. The United Nations and its organ I.M.F. have never been approved to operate in this Land pursuant to Title 22 of the United States Codes but these agents enforce false claims of the I.M.F. The stipulation quoted below cannot apply (by substituting *in personam* for *in rem*) to an agent of a foreign principal:

> "Statutory provisions exempting vessels or other property owned or possessed by or operated by or for the United States from arrest or seizure are not affected by this rule." Same Rule C.

Page 27 of thirty-three pages                    Libel in Review - Counterclaim and Injunction in Admiralty

1    Therefore the Clerk of the district court, Donald M. Cinnamond must issue Arrest Warrant for

2    Libelee(s) / Respondent(s) and named associating parties; address respectively and tender said warrant(s)

3    to the United States Marshal for immediate execution.  Regular business hours are the best time for

4    execution of arrest because the physical addresses listed on Page 26 of the **Libel in Review -**

5    **Counterclaim and Injunction in Admiralty** filed of record September_____, A. D. 2008 are the

6    known workplaces of the named entities and individuals who are the subject of this order.

7    ……………………………………………………….

**Corinna-Bridgett**, *suae potestas esse*,
Plaintiff individually, and as Agent for Plaintiff Salal Park, Inc.,
an Oregon non-profit corporation
c/o 18675 Southwest Kinnaman Road,
Aloha (07), Oregon, United States of America
ZIP Exempt (per USPS D.M.M., Section 122.32)
**non-domestic mail**

[The foregoing will be signed and promptly served on Clerk of the district court by U.S. Registered Mail in event of willful refusal by any Libelee / Respondent to voluntarily comply with Plaintiffs' Injunction]

1

**In the District Court of the United States**
**for the District of Oregon**

2

3   **Corinna-Bridgett**, *in esse*, individually, and as        Civil Action in Admiralty No. _____
    Agent for and on behalf of SALAL PARK, INC.,
    an Oregon non-profit corporation.
4   Petitioner(s)

5   v.

6   WASHINGTON MUTUAL BANK, N. A.,
    ROUTH CRABTREE OLSEN P.C.,
7   Alan H. Fishman, Teresa M. Shill,
    Nancy E. Hochman, Thomas W. Kohl,
8   Rob Gordon, John Does (1-25),
    Respondent(s)

9

10  **Arrest Warrant *in personam***

11  To:  United States Marshals Service or its representatives—Greetings:

12  Pursuant to the Order for Arrest Warrant *in personam* issued by this Court, you are hereby commanded to
    arrest and seize Respondent Alan H. Fishman from his place of work (during business hours), generally
13  found at the business addresses listed below:

14  **Alan H. Fishman**, at 1201 Third Avenue [98101], Seattle (01), Washington

15  and make return that this person an associate of Respondent is *in vinculus* and federal custody as provided
    by law;

16  To promptly make your return of this Arrest Warrant with the Court; and

17  To give due written and oral notice to Respondents and associating parties about the right to a post arrest
18  hearing under Rule E(4)(f) of the *Supplemental Rules for Certain Admiralty and Maritime Claims* during
    which Petitioner will be required to show burden why the district court process failed to properly protect
19  her property and unalienable rights from false claims of foreign agents, according to law.

20          Done at Portland, Oregon, this _____ day of _____, Anno Domini 2008.

21                      Donald M. Cinnamond
                        Clerk of the United States District Court

22

23              By:

24                  Deputy Clerk

25

Page 29 of thirty-three pages                    Libel in Review - Counterclaim and Injunction in Admiralty

1

## In the District Court of the United States
## for the District of Oregon

2

3    **Corinna-Bridgett**, *in esse*, individually, and as          Civil Action in Admiralty No. _____
Agent for and on behalf of SALAL PARK, INC.,
an Oregon non-profit corporation.

4    Petitioner(s)

5    v.

6    WASHINGTON MUTUAL BANK, N. A.,
ROUTH CRABTREE OLSEN P.C.,

7    Alan H. Fishman, Teresa M. Shill,
Nancy E. Hochman, Thomas W. Kohl,

8    Rob Gordon, John Does (1-25),
Respondent(s)

9

10   **Arrest Warrant *in personam***

11   To:  United States Marshals Service or its representatives—Greetings:

12   Pursuant to the Order for Arrest Warrant *in personam* issued by this Court, you are hereby commanded to
arrest and seize Respondent Teresa M. Shill from her place of work (during business hours), generally

13   found at the business address listed below:

14   **Teresa M. Shill** at 11830 Southwest Kerr Parkway, Suite 385 [97035], Lake Oswego (35), Oregon

15   and make return that the person of the aforesaid Respondent is *in vinculus* and federal custody as
provided by law;

16

17   To promptly make your return of this Arrest Warrant with the Court; and

18   To give due written and oral notice to Respondents and associating parties about the right to a post arrest
hearing under Rule E(4)(f) of the ***Supplemental Rules for Certain Admiralty and Maritime Claims***
during which Petitioner will be required to show burden why the district court process failed to properly

19   protect her property and unalienable rights from false claims of foreign agents, according to law.

20              Done at Portland, Oregon, this _____ day of _____, Anno Domini 2008.

21                        Donald M. Cinnamond
                       Clerk of the United States District Court

22

23                        By:

24                            Deputy Clerk

25

Libel in Review - Counterclaim and Injunction in Admiralty

1

**In the District Court of the United States
for the District of Oregon**

2

**Corinna-Bridgett**, *in esse*, individually, and as          Civil Action in Admiralty No. _____
3    Agent for and on behalf of SALAL PARK, INC.,
an Oregon non-profit corporation.
4    Petitioner(s)

5    v.

6    WASHINGTON MUTUAL BANK, N. A.,
ROUTH CRABTREE OLSEN P.C.,
7    Alan H. Fishman, Teresa M. Shill,
Nancy E. Hochman, Thomas W. Kohl,
8    Rob Gordon, John Does (1-25),
Respondent(s)

9

10    **Arrest Warrant *in personam***

11    To:  United States Marshals Service or its representatives—Greetings:

12    Pursuant to the Order for Arrest Warrant *in personam* issued by this Court, you are hereby commanded to
arrest and seize Respondent Nancy E. Hochman from place of work (during business hours), generally
13    found at the business address listed below:

14    **Nancy E. Hochman** at 150 North First Avenue [97124], Hillsboro (24), Oregon

15    and make return that the person of the aforesaid Respondent is *in vinculus* and federal custody as
provided by law;
16

To promptly make your return of this Arrest Warrant with the Court; and
17

18    To give due written and oral notice to Respondents and associating parties about the right to a post arrest
hearing under Rule E(4)(f) of the ***Supplemental Rules for Certain Admiralty and Maritime Claims***
during which Petitioner will be required to show burden why the district court process failed to properly
19    protect her property and unalienable rights from false claims of foreign agents, according to law.

20              Done at Portland, Oregon, this _____ day of _____, Anno Domini 2008.

21                        Donald M. Cinnamond
Clerk of the United States District Court
22

23              By:

24                        Deputy Clerk

25

1

## In the District Court of the United States
## for the District of Oregon

2

3    **Corinna-Bridgett**, *in esse*, individually, and as          Civil Action in Admiralty No. _____
     Agent for and on behalf of SALAL PARK, INC.,

4    an Oregon non-profit corporation.
     Petitioner(s)

5    v.

6    WASHINGTON MUTUAL BANK, N. A.,
     ROUTH CRABTREE OLSEN P.C.,

7    Alan H. Fishman, Teresa M. Shill,
     Nancy E. Hochman, Thomas W. Kohl,

8    Rob Gordon, John Does (1-25),
     Respondent(s)

9

10   **Arrest Warrant *in personam***

11   To:  United States Marshals Service or its representatives—Greetings:

12   Pursuant to the Order for Arrest Warrant *in personam* issued by this Court, you are hereby commanded to
     arrest and seize Respondent Thomas W. Kohl from place of work (during business hours), generally

13   found at the business address listed below:

14   **Thomas W. Kohl** at 150 North First Avenue [97124], Hillsboro (24), Oregon

15   and make return that the person of the aforesaid Respondent is *in vinculo* and federal custody as
     provided by law;

16

17   To promptly make your return of this Arrest Warrant with the Court; and

18   To give due written and oral notice to Respondents and associating parties about the right to a post arrest
     hearing under Rule E(4)(f) of the ***Supplemental Rules for Certain Admiralty and Maritime Claims***

19   during which Petitioner will be required to show burden why the district court process failed to properly
     protect her property and unalienable rights from false claims of foreign agents, according to law.

20             Done at Portland, Oregon, this _____ day of _____, Anno Domini 2008.

21                          Donald M. Cinnamond
                            Clerk of the United States District Court

22

23                          By:

24                               Deputy Clerk

25

1

**In the District Court of the United States
for the District of Oregon**

2

**Corinna-Bridgett**, *in esse*, individually, and as
3    Agent for and on behalf of SALAL PARK, INC.,
an Oregon non-profit corporation.
4    Petitioner(s)

Civil Action in Admiralty No. _____

5    v.

6    WASHINGTON MUTUAL BANK, N. A.,
ROUTH CRABTREE OLSEN P.C.,
7    Alan H. Fishman, Teresa M. Shill,
Nancy E. Hochman, Thomas W. Kohl,
8    Rob Gordon, John Does (1-25),
Respondent(s)

9

10    **Arrest Warrant *in personam***

11    To:  United States Marshals Service or its representatives — Greetings:

12    Pursuant to the Order for Arrest Warrant *in personam* issued by this Court, you are hereby commanded to
arrest and seize Respondent Rob Gordon from place of work (during business hours), generally found at
13    the business address listed below:

14    **Rob Gordon**, d.b.a. WASHINGTON COUNTY SHERIFF, at 215 Southeast Adams Street, Mail Stop 32
[97123], Hillsboro (23), Oregon
15

and make return that the person of the aforesaid Respondent is *in vinculus* and federal custody as
16    provided by law;

17    To promptly make your return of this Arrest Warrant with the Court; and

18    To give due written and oral notice to Respondents and associating parties about the right to a post arrest
hearing under Rule E(4)(f) of the ***Supplemental Rules for Certain Admiralty and Maritime Claims***
19    during which Petitioner will be required to show burden why the district court process failed to properly
protect her property and unalienable Rights, from the false Claims of foreign agents, according to law.

20

Done at Portland, Oregon, this _____ day of _____, Anno Domini 2008.
21

Donald M. Cinnamond
22    Clerk of the United States District Court

23

By:
24

Deputy Clerk
25

Libel in Review - Counterclaim and Injunction in Admiralty

# Minutes of Organizational Meeting
## of the Board of Directors for:
### **Salal Park Inc.**

Time and Place: The organizational meeting of the Board of Directors as appointed by the Incorporator and the Registered agent for SALAL PARK INC at: 18675 Southwest Kinnaman Road, Aloha (07), Oregon, united Stated of America, at 11:00 a.m. on the sixth day of November, Anno Domini 2007.

Present: Larry-Alden: Oleson presided over the meeting and appointed Corinna-Bridgett: Oleson to act as Secretary of the organizational meeting of the Board of Directors. The Waiver of Notice was presented to the meeting and was ordered filed with the minutes of the meeting.

Election of Board of Directors: The meeting was declared open for election of the Board of Directors. After discussion, upon motion duly made and seconded, the following directors were unanimously elected to serve until the next annual meeting and until their respective successors are elected and qualified:

Elected to the Board of Directors as President: Corinna-Bridgett: Oleson
Elected to the Board of Directors as Secretary: Larry-Alden: Oleson

Bank Account and Business Transactions: The newly elected President is instructed to determine which banks are to service the corporation accounts, and is authorized to open such accounts and transact any other business that corporations can transact including the purchase, sale, and encumbering of land and real property.

The acting Board of Directors do hereby resign and the newly elected Board and Officers are elected and qualified to conduct corporate business.

There being no further business to come before the meeting, the meeting was adjourned.

Attest:
Authorized Corporate Officer(s): _Corinna-Bridgett: Oleson_

_Larry-Alden: Oleson_

_Certified True, correct and complete copy of the Original._
_Justin C Tallman_
_Notary Public_

OFFICIAL SEAL
JUSTIN C TALLMAN
NOTARY PUBLIC – OREGON
COMMISSION NO. 403056
MY COMMISSION EXPIRES MAR 12, 2010

Attachment Two

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### OFFICE OF THE CLERK
1000 SW THIRD AVENUE
SUITE 740
PORTLAND, OREGON 97204-2902
(503) 326-8008

**SHERYL S. MCCONNELL**
CLERK OF COURT

**DEIRDRE I. NEAL**
DIVISION MANAGER

**MARY MORAN**
CHIEF DEPUTY CLERK

September 12, 2008

**Subject: <u>Name Search on Corinna-Bridgett</u>**

The **United States District Court for the District of** Oregon is a trial court. With limits set by Congress and the Constitution, the District Court of Oregon has jurisdiction over federal civil and criminal matters that arise within the District of Oregon. The United States District Court of Oregon is not a court of Bankruptcy, International Trade, or court of Federal Claims.

As requested, a search of the Courts' records in the name *Corinna-Bridgett* was conducted on September 10th and 11th. After a careful and thorough examination of the files maintained by the United States District Court for the District of Oregon, it can be stated that the name *Corinna-Bridgett* does not appear at this time.

Respectfully,

M. Kenney
Deputy Clerk

cc:



Attachment Three

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### OFFICE OF THE CLERK
1000 SW THIRD AVENUE
SUITE 740
PORTLAND, OREGON 97204-2902
(503) 326-8008

**DEIRDRE I. NEAL**
DIVISION MANAGER

**SHERYL S. McCONNELL**
CLERK OF COURT

**MARY MORAN**
CHIEF DEPUTY CLERK

September 12, 2008

**Subject: Name Search on Salal Park, Inc.**

The **United States District Court for the District of** Oregon is a trial court. With limits set by Congress and the Constitution, the District Court of Oregon has jurisdiction over federal civil and criminal matters that arise within the District of Oregon. The United States District Court of Oregon is not a court of Bankruptcy, International Trade, or court of Federal Claims.

As requested, a search of the Courts' records in the name *Salal Park, Inc.* was conducted on September 10th and 11th. After a careful and thorough examination of the files maintained by the United States District Court for the District of Oregon, it can be stated that the name *__Salal Park, Inc__*. does not appear at this time.

Respectfully,

M. Kenney
Deputy Clerk

cc:

Attachment Three

1

IN THE CIRCUIT COURT FOR THE STATE OF OREGON
FOR WASHINGTON COUNTY

2

3  WASHINGTON MUTUAL BANK, as successor
   In interest by operation of law to Long Beach,
   Mortgage Company

4                        Plaintiff,              GENERAL JUDGMENT

5  CORINNA OLESON; and ALL OCCUPANTS          Case # C08-1086EV
   Of 18675 SW Kinnaman Road,

6  Aloha, Oregon 97007

7                        Defendants.

8  On June 10, 2008, this case came for hearing on Plaintiff's Motion for Summary Judgment in an FED action
   to determine what party shall have possession of premises commonly known as: (FULL ADDRESS OF

9  DEFENDANT).
                   **18675 SW Kinnaman Road, Aloha, Oregon 97007**

10

11  The following parties appeared: Plaintiff(s): __X__ Defendant(s): _____ Neither _____.

12  ___X__ JUDGMENT OF RESTITUTION FOR POSSESSION OF PREMISES FOR PLAINTIFF(S)
            Effective Immediately __X___ Effective _____

13

14  _____ JUDGMENT OF DISMISSAL

15  _____ JUDGMENT OF DISMISSAL, STIPULATE: Judgment of Dismissal shall be vacated and a
            Judgment of Restitution of the premises for the plaintiff effective immediately, shall be issued upon
            the filing of an Affidavit of Noncompliance by the plaintiff.

16

17  **MONEY AWARD:**

18  **Judgment Creditor:**   Washington Mutual Bank, c/o its attorney _____
                            Teresa M. Shill, OSB # 031680,
                            11830 SW Kerr Parkway, Ste. 385, Lake Oswego, Oregon 97035

19

20  **Judgment Debtor:**     Corinna Oleson, and all Occupants _____
                            DOB: Unknown; SSN: Unknown; ODL: Unknown, Debtors' attorney: Unknown
                            ADDRESS/PHONE; Same as premises address.

21

22  Judgment Amount  $309.00 (Filing Fee $189.00; Service $35.00; Hearing Fee $85.00)

23  Costs/Prevailing Party Fee _____

24  IT IS FURTHER ORDERED:

25     (a) That Plaintiff's Motion for Summary Judgment is hereby granted.

26     (b) That Corinna-Bridgett [Family: Oleson], the Third Party Intervener of Right, did not intervene

Attachment Four

correctly under ORCP 33, and her Answer to Plaintiff's Complaint is hereby struck in its entirety including the allegations against Plaintiff's counsel of record, and the Affirmative Defenses contained therein.

(c) That the defendants, Corinna Oleson and All Occupants of the Premises, did not file an Answer to Plaintiff's Complaint, and judgment for immediate restitution of the premises is hereby entered against them.

(d) The Court makes the following findings of fact and conclusions of law: That this Court has subject matter jurisdiction in this matter and personal jurisdiction over the Defendants herein.

Dated ___6/12/08___                    _____

CIRCUIT COURT JUDGE NANCY E. HOCHMAN
                     CIRCUIT COURT JUDGE PRO TEM

Submitted By:

ROUTH CRABTREE OLSEN, P.C.

By _____
    Theresa M. Shill, OSB # 031680
    Attorneys for Plaintiff
    11830 SW Kerr Parkway, Ste. 385
    Lake Oswego, Oregon 97035

Certified To Be A True And
Correct Copy Of The Original

Date ___6/16/08___
TRIAL COURT ADMINISTRATOR
Washington County

By: _____

1

2

3

4

5

IN THE CIRCUIT COURT FOR THE STATE OF OREGON
IN AND FOR THE COUNTY OF WASHINGTON

6

7

8

9

10

11

WASHINGTON MUTUAL BANK, as successor in
interest by operation of law to Long Beach Mortgage
Company,

Plaintiff

v.

CORINNA OLESON: and all Occupants of 18675
SW Kinnaman Rd. Aloha, OR 97007,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. C08-1086EV

CERTIFICATION OF SERVICE

12

13

14

15

I hereby certify under penalty of perjury under the laws of the State of Oregon that I served a

true and correct copy of the proposed General Judgment, by United States First Class Mail to the

parties listed below on this 11th day of June, 2008.

16

17

18

19

20

DATED this 11th day of June, 2008.

ROUTH CRABTREE OLSEN, P.C.

Teresa M. Shill, OSB # 03168
Attorneys for Plaintiff
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, OR 97035
(503)977-7926; Fax (503)977-7963

21

22

23

24

25

26

Corinna Oleson, and All
Occupants of the Premises of
18675 SW Kinnaman Rd.
Aloha, OR 97007

Corinna-Bridgett [Family: Oleson]
c/o 18675 Southwest Kinnaman Road
Aloha (07), Oregon,
United States of America
Zip Exempt (per D. M. M. 122.32)

CERTIFICATION OF SERVICE -1

ROUTH CRABTREE OLSEN, P.C.
*A full service mortgage banking law firm*
11830 SW Kerr Parkway Suite 385
Lake Oswego, Oregon 97035
Telephone (503) 977-7840
Facsimile (503) 977-7963

[Marked on the returned copy "Refused for Fraud"]

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF WASHINGTON

2008 JUN 27 PM 1: 09

WASHINGTON MUTUAL BANK,          )
                                 )
              Plaintiff          )        Case No. C081086EV
                                 )
                                 )
CORINNA OLESON, and all Occupants )       ORDER
Of 18675 SW Kinnaman Rd., Aloha OR )
                                 )
              Defendants         )


The court has reviewed the motion to vacate summary judgment and the document entitled Mandatory Judicial Notice, Violations of United States Code, etc. filed by Corinna-Bridgett [Family: Oleson] ("Third Party Intervenor") and Planitiff's Response and Objection to these documents.

The court finds: that it sent Defendant notice of the June 10, 2008, hearing on Plaintiff's motion for summary judgment; that Defendant refused acceptance of notice; that separate notice to Third Party Intervenor (who the court previously found to not have intervened correctly under the Oregon Rules of Civil Procedure) was not required; and that Defendant failed to appear at the summary judgment hearing. Defendant has not raised any valid grounds to vacate this court's General Judgment of Restitution for Possession of the Premises, and Third Party Intervenor's motion to vacate summary judgment is, therefore, DENIED.

The Third Party Intervenor's Answer with affirmative defenses is hereby STRICKEN.

The court will take no further action on Defendant's docuement entitled Mandatory Judicial Notice, and to the extent that the document purports to raise any counterclaims in this case, they are stricken, as the court has already issued its judgment in the case.


Dated this 27th day of June, 2008.


Certified To Be A True And
Correct Copy Of The Original

Date _____
TRIAL COURT ADMINISTRATOR
Washington County

By: _____

_____
Nancy E Hochman
Circuit Court Judge Pro Tem

68009

*[Handwritten at top: Marked on the returned copy "Refused for Fraud"]*

**Corinna-Bridgett** [Family: Oleson], *suae potestate esse*[1],
One of the sovereign American People living in Oregon,
and as duly authorized Representative for: **Salal Park, Inc.**
In care of: 18675 Southwest Kinnaman Road,
Aloha (07), Oregon, United States of America
ZIP Exempt (per USPS D.M.M., Section 122.32)
Principal and Lender-in-Fact, **Third Party Intervener**



*[Handwritten stamp: DENIED, TWK, 7-3-c8]*
*[Date stamp: 2008 JUL -2 PM 4:48]*

### To All Officers, Employees and Agents of the Court of Limited Jurisdiction styled as:

"IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF WASHINGTON"

located at 150 First Avenue, in the city of Hillsboro, Oregon, United States of America

| | |
|---|---|
| WASHINGTON MUTUAL BANK, N.A., a foreign banking corporation and *ens legis* person, | **Case No. C08 1086 EV** |
| (putative[2]) Plaintiff, | **In Admiralty** |
| Vs. | ***Mandatory Judicial Notice*** **(Required by 18 U.S.C., Sec. 2, 3, 4)** |
| "Corinna Oleson; and All Occupants of Address: 18675 SW Kinnaman Rd, Aloha, OR 97007", *ens legis* persons, | **Timely <u>Direct Challenge</u> to Nancy E. Hochman's Judicial Qualifications, and Lawful Demand for Trial by Jury on All Issues of Fact Regarding Direct Challenge to the Qualifications of Nancy E. Hochman** |
| (putative) Defendant(s). And | |
| **Corinna-Bridgett**, *in esse*, Principal, Lender-in-Fact, and superior Creditor, | **Notice & Præcipe:** Action by Clerk Required |
| Third Party Intervener of Right. | **Special Law:** *de jure* Constitution of Oregon (A. D. 1859), Article One, Sections One, Seventeen, and Thirty-four. |
| | **<u>Immediate Action Required by Presiding Circuit Judge Thomas Kohl</u>** |

1. The duly elected presiding circuit court judge, and all other duly elected circuit court judges, of this court of limited jurisdiction are **judicially noticed** that the live Christian woman **Corinna-Bridgett** [Family: Oleson], **Third Party Intervener <u>of Right</u>** (hereinafter "Third Party Intervener"), is not a "licensed" BAR attorney nor an expert in the Law, but the **Third Party Intervener** does clearly know the **difference** between: **Right** and **Wrong**.

2. The duly elected presiding circuit court judge, and all other duly elected circuit court judges, of this court of limited jurisdiction are **judicially noticed** that by the Principle of Law, stated by the Supreme

---

[1] *suae potestate esse* – having full Power and Authority over one's own dominions
[2] **putative** (adjective) - commonly put forth or accepted as true on inconclusive grounds

Court of the United States, in ***Ryder v. United States***, 115 S. Ct. 2031, 515 U. S. 177 (1995), the Third Party Intervener is required to initiate a **<u>direct</u> Challenge** to authority of anyone representing himself or herself as a lawful government officer or agent prior to the finality of any proceeding in order to avoid implications of the *de facto* **officer doctrine**.

3. The duly elected presiding circuit court judge, and all other duly elected circuit court judges, of this court of limited jurisdiction are **judicially noticed** that when <u>**directly**</u> challenged, those posing as government officers and agents are required to affirmatively prove whatever authority they claim. In the absence of such proof, they may be held **personally accountable** for <u>**all**</u> **Loss, Injury** and **economic Damages**.

4. The duly elected presiding circuit court judge, and all other duly elected circuit court judges, of this court of limited jurisdiction are **judicially noticed** that the Third Party Intervener is required by the foregoing United States Supreme Court case law to make a timely **Direct Challenge** to the judicial Qualifications of attorney Nancy E. Hochman ("OSB #951364") relating to her claim lawful authority to act as a circuit court judge in the instant commercial Matter, *i.e.*, **Case No. C081086EV**, absent the face of the Record showing the official *bona fide* credentials **constitutionally mandated** for any duly elected Oregon circuit court judge <u>**before**</u> he or she can enter into the duties of his/her official Office.

5. The duly elected presiding circuit court judge, and all other duly elected circuit court judges, of this court of limited jurisdiction are **judicially noticed** that the face of the court Record testifies that the Constitution of the United States and the Laws of the United States made thereto <u>**are not**</u> the **Rule of Law** in the alleged "court" of which attorney **Hochman** purports to exercise the official duties as a duly elected *de jure* circuit court judge of the state of Oregon.

6. The duly elected presiding circuit court judge, and all other duly elected circuit court judges, of this court of limited jurisdiction are **judicially noticed** that all competent jurists know and understand summary adjudication of a claim is only appropriate where **Material Facts** <u>**are not**</u> in dispute; determination of factual matters is the exclusive province of the jury and facts can only be noticed by the court where the court has within its purview, documents authenticated and attested to under oath as required by the "OREGON EVIDENCE CODE" ("OEC"). If the court **cannot** identify: (1) The triable facts that were not in dispute; (2) The names of the competent Fact Witness and where, <u>on the Record</u>, their sworn testimony appears; (3) The authenticated evidence testified to by the competent Fact Witness; (4) Where, on the Record, the live Plaintiff's Affidavit was rebutted point-for-point by **<u>competent</u>** testimony of a Fact Witness, and (5) That the Record shows that the Third Party Intervener was afforded the opportunity to question the alleged Fact Witness under oath, the court confesses lacking judicial power to summarily grant <u>**any**</u> "Order" or "JUDGMENT" in favor of the putative

Plaintiff in the instant "COMMERCIAL EVICTION" case.

**Comes Now:** the Third Party Intervener, a constituent Member of the American Sovereignty specifically named in the Preamble of the supreme Law of these united States of America, that is to say, the de jure national Constitution ratified in the Year of our Lord One-thousand-seven-hundred-ninety-one (as lawfully amended in the Year of our Lord One-thousand-eight-hundred-nineteen), of *jura regalia* Capacity and *in propria regalis*[3] Character, of private Necessity[4] also as the duly authorized Representative for the corporate Plaintiff **Salal Park, Inc.** (see incorporated companion case file **C08 2734 CV** for **Plaintiffs' Exhibit "E"**), pursuant to the constitutionally required Oath of Fidelity and Oaths of Office sworn or affirmed by the presiding judge and all other attending agents of the "OREGON STATE BAR" (a *de facto* "public corporation" allegedly lawfully created by a special act of the Oregon legislature in A. D. 1935), acting in, by, or through the above-styled court of limited jurisdiction, *sua sponte*, gives **Mandatory Judicial Notice** and **Lawful Direction** to all purported officers, employees, and agents of the above-styled court of limited jurisdiction as lawful Third Party Intervener in the above captioned commercial Matter regarding this actual **Notice of a Direct Challenge** to Nancy E. Hochman's constitutionally **required** judicial Qualifications and **Lawful Demand** for Trial by Jury on all Questions of Fact related to the Direct Challenge to the judicial Qualifications of the live woman, **Nancy E. Hochman**.  The Third Party Intervener does hereby further make **Lawful Demand** for a **Trial by Jury** of her Peers, *i.e.*, live constituent Members of the American Sovereignty living in Oregon, with proper Christian Titles and not fictional names or acting by or through a business entity, on all Issues of Fact regarding the **Direct Challenge** to Nancy E. Hochman's judicial Qualifications.

The Third Party Intervener has personal first-hand knowledge of the actions by the woman Nancy E. Hochman (hereafter "Ms. Hochman") in the instant commercial Matter done under **color of law** and **color of office**, and the face of the Record also testifies to Ms. Hochman's total disregard for the *de jure* Constitution of the United States and the *de jure* Constitution of Oregon, the statute laws of the United States and the State of Oregon, Acts duly enacted by the authority of Congress, adjudged decisions of the Supreme Court of the United States and the Supreme Court of Oregon, as well as, the Federal Rules of Evidence and the Oregon Evidence Code.

Therefore, should Ms. Hochman, *sua sponte* or otherwise, choose to act on any further procedural or substantive Matters in the instant case with no foundation in Law or the Rules of Evidence to support her actions, the Third Party Intervener hereby makes specific **Lawful Demand** for written **Findings of Fact**

---

[3] *in propria regalis* - in one's proper sovereign Character, implicitly one of *jura regalia* Capacity.

[4] "**law**" of Necessity - *illud quod alias licitum non est necessitas facit licitum, et necessitas inducit privilegium quod jure privatur*, in English this means:  That which is not otherwise permitted, Necessity allows, and Necessity makes a Privilege which supersedes the Law [see: e.g., 10 Coke's Reports 61].

and **Conclusions of Law** on any such procedural or substantive Matter Ms. Hochman chooses to act upon, so that the Third Party Intervener may have substantive **Due Process** of Law before a *de jure* judicial officer; arising under the Constitution of the United States, as lawfully amended by the qualified Electors of the several States, and the Laws of the United States made pursuant thereto.

Since the **Rule of Law** and the **Rules of Evidence** <u>do not</u> appear to be used in the courtroom where Ms. Hochman claims lawful authority of the State of Oregon for her actions, perhaps Ms. Hochman would care to share with the Justices of the Supreme Court of the United States, the Justices of the Supreme Court of Oregon, and the Third Party Intervener for judicial economy, where the Third Party Intervener might locate the secret Civil Rules of Court that Ms. Hochman purports to use as the basis for her **color of law** actions, if in fact such "Rules" do exist.

The Third Party Intervener is required to make a direct Challenge to Ms. Hochman's judicial Qualifications, and Oath of Office as a judicial officer arising under the *de jure* constitution of the republic state of Oregon (A. D. 1859) in a circuit court of the *de jure* state of Oregon. The face of the Record fails to disclose any of the public documents that would constitutionally authorize and empower Ms. Hochman as a judicial officer of the Judicial Branch of the state government of Oregon to lawfully enter upon the Duties as a circuit court judge of the *de jure* state of Oregon.

In the adjudged decision of the Supreme Court of the United States of ***Ryder v. United States***, 515 U.S. 177 (1995), the **Third Party Intervener** has a legal right and fundamental Obligation to directly **Challenge** the appointment of public officers **before** any **final judgment** to see if there has been a trespass upon the executive power of appointment, to assure that the Third Party Intervener preserves another aspect of the Constitution's structural integrity by preventing the diffusion of the appointment power, and this being a basic constitutional protection designed in part for the benefit of litigants, as well as, for the protection of the unalienable Rights of the sovereign People of these united States of America.

This is a timely **Direct Challenge** to the lawful judicial Qualifications of a putative judicial officer of the State of Oregon including, but not limited to, direct challenge to the Oath of Office of a putative judicial Officer of the State of Oregon, and direct challenge to the official Bond said putative judicial officer. This direct challenge is timely and not a collateral attack. This direct challenge is not frivolous, as the Third Party Intervener is defending her **substantive** natural and **unalienable Rights** protected by the organic Constitution of the United States of A. D. 1789, and the Bill of Rights as lawfully amended by the qualified Electors of the several States, and the general Laws of the United States made pursuant thereto.

In the adjudged decision of ***Ryder v. United States***, 515 U.S. 177, 182, 183 (1995) we find the following:

[3][4] In *Buckley v. Valeo, supra,* at 125, 96 S. Ct., at 685, we said "[t]he Appointments Clause

could, of course, be read as merely dealing with etiquette or protocol in describing 'Officers of the United States' but the drafters had a less frivolous purpose in mind."   The Clause is a bulwark against one branch aggrandizing its power at the expense of another branch, but it is more:  it **"preserves another aspect of the Constitution's structural integrity by preventing the diffusion of the appointment power."** *Freytag v. Commissioner,* 501 U.S. 868, 878, 111 S. Ct. 2631, 2638, 115 L.Ed.2d 764 (1991). In *Glidden Co. v. Zdanok,* 370 U.S. 530, 82 S. Ct. 1459, 8 L.Ed.2d 671 (1962), we declined to invoke the *de facto* officer doctrine in order to avoid deciding a question arising under Article III of the Constitution, saying that the cases in which we had relied on that doctrine did not involve **"basic constitutional protections designed in part for the benefit of litigants."** *Id.,* at 536, 82 S. Ct., at 1465 (plurality opinion).   We think that one who makes a **timely challenge** to the constitutional validity of the appointment of an officer who adjudicates her case is **entitled to a decision on the merits of the question** and whatever relief may be appropriate if a violation indeed occurred.   Any other rule would create a disincentive to raise Appointments Clause challenges with respect to questionable judicial appointments.   [bold emphasis added]

The duly elected presiding circuit court judge, and all other duly elected circuit court judges, of this court of limited jurisdiction are <u>required</u> by law to take **Mandatory Judicial Notice** of the adjudged decisions of the Supreme Court of the United States being, *Ryder v. United States,* 515 U.S. 177, (1995), *Freytag v. Commissioner,* 501 U.S. 868 (1991), and  *Glidden Co. v. Zdanok,* 370 U.S. 530, (1962).

As it has become readily apparent to the constituent Members of the American Sovereignty living in Oregon that the statutory *quo warranto* process and *de facto* officer doctrine are in reality merely a way to deny the American People living in Oregon a lawful Remedy under **color of law** and **color of office**, and to insure that *de facto* public officers, *i.e.,* judicial officers, are apparently "qualified" as required by the *de jure* Constitution of Oregon.

A direct challenge of putative public officer **<u>does not</u> require** a litigant to perform any particular legal ritual to do a direct challenge of a putative public officer's lawful authority to act.  In the adjudged decision of United States Court of Appeals in the District of Columbia in *Andrade v. Lauer,* 729 F. 2d 1475, 1496, 1497 (1983), to wit:

> The core purposes of the doctrine are served if a plaintiff challenging government action on the ground that the officials taking that action improperly hold office meets two requirements.  **<u>First,</u> the plaintiff must bring her action at or around the time that the challenged government action is taken.  <u>Second,</u> the plaintiff must show that the agency or department involved has had reasonable notice under all the circumstances of the claimed defect in the official's title to office.**  This **<u>does not</u>** require that the plaintiff perform any particular rituals before bringing suit, nor does it mandate that the agency's knowledge of the alleged defect must come from the plaintiff. It does, however, require that the agency or department involved actually knows of the claimed defect.
>
> n39 Adjudicating a challenge to an action taken by a government official on the ground that the official invalidly holds office has substantial support in the case law.  **Both the Supreme Court and lower federal courts have adjudicated challenges in a number of cases that would have been barred by the traditional form of the** *de facto* **officer doctrine.**  See, *e.g., Mayor of Philadelphia v. Educational Equality League,* 415 U.S. 605, 39 L. Ed. 2d 630, 94 S. Ct. 1323

*(1974)* (challenge to appointment of Nominating Panel for Philadelphia School Board, in which plaintiffs sought to have actions taken by panel overturned); *Glidden Co. v. Zdanok*, 370 U.S. 530, 8 L. Ed. 2d 671, 82 S. Ct. 1459 (1962) (adjudicating challenge to conviction on ground that the judge allegedly did not hold office validly under Article III of the Constitution); *United States v. Woodley*, 726 F.2d 1328 (9th Cir. 1983) (adjudicating challenge to sentence on ground that recess appointment of judge was invalid); *Horn v. United States*, 230 Ct. Cl. 18, 671 F.2d 1328, 1331 (Ct. Cl. 1982) (adjudicating challenge to Army officer's failure to get promotion on ground that review board included ineligible officers); *cf. United States v. L. A. Tucker Truck Lines, Inc.*, 344 U.S. 33, 38, 97 L. Ed. 54, 73 S. Ct. 67 (1952) (defect in hearing examiner's appointment would invalidate a resulting order if objection were made at time of hearing). [Emphasis added]

The duly elected presiding circuit court judge, and all other duly elected circuit court judges, of this court of limited jurisdiction are <u>required</u> by law to take **Mandatory Judicial Notice** of the adjudged decision of *Andrade v. Lauer*, 729 F. 2d 1475, (1983).

The issuing of a Civil Commission and the lawful appointment has been decided in the adjudged decision of the Supreme Court of the United States in *United States v. Le Baron*, 60 U.S. 73, 78 (1856), to wit:

**"When a person has been nominated to an office by the President, confirmed by the Senate, and her commission has been signed by the President, and the seal of the United States affixed thereto, her appointment to that office is complete.** Congress may provide, as it has done in this case, that certain acts shall be done by the appointee **before** he shall enter on the possession of the office under her appointment. These acts then become conditions precedent to the complete investiture of the office; but they are to be performed by the appointee, not by the Executive; all that the Executive can do to invest the person with her office has been completed when the commission has been signed and sealed; and when the person has performed the required conditions, her title to enter on the possession of the office is also complete." [Emphasis added]

The issue of a Civil Commission and lawful appointment was also decided in the adjudged decision of the Supreme Court of the United States in *Marbury v. Madison*, 5 U.S. 137, 157 (1803), to wit:

This is an appointment by the President, by and with the advice and consent of the senate, and is **evidenced by no act but the commission itself**. In such a case therefore the commission and the appointment seem inseparable; it being almost impossible to show an appointment otherwise than by proving the existence of a commission; still the commission is not necessarily the appointment; though **conclusive evidence of it.** [Emphasis added]

The duly elected presiding circuit court judge, and all other duly elected circuit court judges, of this court of limited jurisdiction are <u>required</u> by law to take **Mandatory Judicial Notice** of these adjudged decisions of the Supreme Court of the United States being: *United States v. Le Baron*, 60 U.S. 73(1856) and *Marbury v. Madison*, 5 U.S. 137 (1803).

When a **direct challenge** is raised timely at trial level, concerning the constitutional authority and constitutional Oath of Office as a public Officer, as required in *Wilson v. State*, 977 S.S.2d 379 (1997) the judgments are either **void** or voidable [see also: *Lone Star Industries, Inc. v. Ater*, 845 S.W.2d 334, 337 (1992)]. In the adjudged decision of *Prieto Bail Bonds v. State of Texas*, 994 S.W.2d 316 one finds that

**without** the taking of oath prescribed by the Constitution of this State, a person **cannot** become **either** a *de jure* or *de facto* judge, and her acts as such are **void**. See *French v. State*, 572 S.W.2d 934, 939 (Tex. Crim. App. 1978) (opin. on sec. reh'g); see also *Davis v. State*, 956 S.W.2d 555, 559 (Tex. Crim. App. 1997); *Fain v. State,* 986 S.W.2d 666, 675-76 (Tex. App.--Austin 1998, no pet. h.).

The Third Party Intervener does continue to hereby directly Challenge the judicial qualifications of Ms. Hochman and does hereby make specific Lawful Demand including, but not limited to, the following Questions of Fact and production of certified documents to be decided on the merits for *bona fide* judicial officers of the republic state of Oregon and **not** employees of the Federally chartered private corporation (see: *Ryder v. United States supra*), and that two certified copies be provided for each question for further legal action if required:

1. A certified copy of Nancy E. Hochman's Oath of Office as a judicial officer of a *de jure* circuit court of Oregon **mandated** under original **Article VII, Section 21**, of the *de jure* Constitution of the "State of Oregon" (A. D. 1859) (*i.e.*, <u>not</u> a statutory oath); and,

2. A certified copy of Nancy E. Hochman's official **personal** Fidelity, *i.e.,* Performance or Surety Bond required by Oregon common law (*i.e.*, <u>not</u> a statutory "blanket" bond).

The Third Party Intervener does hereby give actual **Notice** to Ms. Hochman that she **does not consent** to Ms. Hochman's trespass upon this case, or Ms. Hochman's constructive constitutional **Sedition** and **Treason**, absent the certified copies of the foregoing documents being entered into the Record. And further, the instant **Direct Challenge** is an **administrative <u>and</u> judicial Estoppel** to Ms. Hochman lawfully acting on any further procedural or substantive Matter in this private commercial court's **Case No. C081086EV**.

The duly elected presiding circuit court judge, and all other duly elected circuit court judges, of this court of limited jurisdiction are **required** by law to take **Mandatory Judicial Notice** of the live Plaintiff's **Lawful Demand** for a **Trial by Jury** of twelve of her Peers, *i.e.*, live constituent Members of the American Sovereignty living in Oregon, with proper Christian Titles and **not** fictional names or acting by or through any commercial business entity.

Done and dated by my hand on this <u>Second</u> Day of the Seventh Month, in the Year of our Lord Jesus, The Christ, Two-thousand-eight; and, of the Independence of these united States of America, the two hundred and thirty-first, under restricted signature, that is to say, with all One's constitutionally protected birthright Prerogatives, Immunities, and unalienable Rights reserved, and all Remedies preserved,

.......................................
**Corinna-Bridgett**, Third Party Intervener

Certified To Be A True And
Correct Copy Of The Original

Date _____
TRIAL COURT ADMINISTRATOR
Washington County

By: _____

[Marked on the returned copy "Refused for Fraud"]

## IN THE CIRCUIT COURT OF THE STATE OF OREGON
## FOR THE COUNTY OF WASHINGTON

WASHINGTON MUTUAL BANK,　　　)
As successor-in-interest by operation
of law to Long Beach Mortgage Company　)　　Case No.  C08-1086EV
v.　　　　　　　　　　　　　　　　)

CORINNA OLESON; AND ALL
OCCUPANTS　　　　　　　　　　　)

## NOTICE OF RESTITUTION

TO:　__CORINNA OLESON; AND ALL OCCUPANTS__
　　　(Defendant – Tenant)

　　　18675 SW Kinnaman Rd
　　　Aloha, Oregon 97007
　　　(Address of Property)

### DEADLINE TO MOVE OUT

**MOVE OUT DATE:**　_July 13, 2008_

　　　The Court has ordered you to move out of the Property.  You must move out no later than 11:59 p.m. on the Move Out Date.

　　　If you and everyone else living there do not move out by that time, the Sheriff will physically remove you.  You must also move out all of your belongings by that time. Anything you leave behind will be stored or disposed of as allowed by law.

Dated:  This _7_ day of _July_, 20_08_

TRIAL COURT ADMINISTRATOR

BY _____

Plaintiff:　Washington Mutual Bank, as successor-in-interest by operation of law to Long
　　　　　Beach Mortgage Company
　　　　　c/o Routh Crabtree Olsen, P.C.
Address　11830 SW Kerr Pkwy, Ste. 385
　　　　　Lake Oswego, OR 97035

Certified To Be A True And
Correct Copy Of The Original

Date _____
TRIAL COURT ADMINISTRATOR
Washington County

Phone No:　(503) 977-7840

By: _____

3

[Marked on the returned copy "Refused for Fraud"]

## IN THE CIRCUIT COURT OF THE STATE OF OREGON
## FOR THE COUNTY OF WASHINGTON

WASHINGTON MUTUAL BANK,           )
As successor-in-interest by operation
of law to Long Beach Mortgage Company     )
v.                                                          Case No.  C08-1086EV
                                                  )

CORINNA OLESON; AND ALL
OCCUPANTS                              )

                         2nd
## NOTICE OF RESTITUTION

TO:    <u>CORINNA OLESON; AND ALL OCCUPANTS</u>
       (Defendant – Tenant)

       <u>18675 SW Kinnaman Rd</u>
       <u>Aloha, Oregon 97007</u>
       (Address of Property)

### DEADLINE TO MOVE OUT

### MOVE OUT DATE:    *Sept. 15, 2008*

       The Court has ordered you to move out of the Property.  You must move out no later than 11:59 p.m. on the Move Out Date.

       If you and everyone else living there do not move out by that time, the Sheriff will physically remove you.  You must also move out all of your belongings by that time. Anything you leave behind will be stored or disposed of as allowed by law.

Dated: This *10th* day of *Sept*, 20*08*.

TRIAL COURT ADMINISTRATOR

BY _____

Plaintiff:    Washington Mutual Bank, as successor-in-interest by operation of law to Long
              Beach Mortgage Company
Address:     c/o Routh Crabtree Olsen, P.C.
             11830 SW Kerr Pkwy, Ste. 385
             Lake Oswego, OR 97035

Phone No:    (503) 977-7840

Certified To Be A True And
Correct Copy Of The Original

Date _____
TRIAL COURT ADMINISTRATOR
Washington County

By: _____

TERRITORY
**1861**

STATE
**1876**

DEPARTMENT OF PERSONNEL & ADMINISTRATION

## DIVISION OF
## INFORMATION TECHNOLOGIES

# STATE ARCHIVES
## AND
## PUBLIC RECORDS

*I Hereby Certify that the annexed copy (or each of the annexed copies) is a true copy of a record in the legal custody of the State Archivist of Colorado, and is filed among the records of*

THE LEGISLATIVE ASSEMBLY, TERRITORY OF COLORADO
deposited therein

GENERAL LAWS, JOINT RESOLUTION, MEMORIALS, AND PRIVATE ACTS PASSED AT THE SIXTH SESSION
CONVENED AT GOLDEN CITY, ON THE THIRD DAY OF DECEMBER, 1866, TOGETHER WITH THE DECLARATION
OF INDEPENDENCE, THE CONSTITUTION OF THE UNITED STATES AND THE ORGANIC ACT OF THE TERRITORY
WITH THE AMENDMENTS THERETO.
PRINTED 1867.

EXCERPT.
AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES, ARTICLES XIII AND XIV.
COVER PAGE AND PAGE 28.
TOTAL 2 PAGES.

*Terry Ketelsen*
TERRY KETELSEN
STATE ARCHIVIST OF COLORADO

*September 8, 2008*
DATE

Attachment Five

# GENERAL LAWS,

JOINT RESOLUTIONS, MEMORIALS, AND PRIVATE ACTS,

PASSED AT THE

## SIXTH SESSION

OF THE

# LEGISLATIVE ASSEMBLY

OF THE

## TERRITORY OF COLORADO.

CONVENED AT GOLDEN CITY, ON THE THIRD DAY OF DECEMBER, 1866.

TOGETHER WITH THE DECLARATION OF INDEPENDENCE, THE
CONSTITUTION OF THE UNITED STATES,

AND THE

## ORGANIC ACT OF THE TERRITORY,

WITH THE AMENDMENTS THERETO.

PUBLISHED BY AUTHORITY.

### CENTRAL CITY:

DAVID C. COLLIER, PRINTER, MINERS' REGISTER OFFICE.

1867.

AMENDMENTS TO THE CONSTITUTION.

28

ber of senators, and a majority of the whole number shall be necessary to a choice.

3. But no person constitutionally ineligible to the office of president, shall be eligible to that of vice-president of the United States.

## ARTICLE XIII.

In what cases persons forfeit their citizenship.

1. If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and retain any present, pension, office or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them.

[NOTE.—The 11th article of the amendments to the constitution was proposed at the second session of the third congress; the 12th article, at the first session of the eighth congress; and the 13th article, at the second session of the eleventh congress.]

## ARTICLE XIV.

Slavery abolished and prohibited.

1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

2. Congress shall have power to enforce this article by appropriate legislation.