FILED'08 SEP 22 10:02USDC-ORP

## Verified Affidavit in Support of Libel in Review - Admiralty Counterclaim and Injunction

(In regard to U.S. District Court Admiralty Case No. CV-08-1072 KI)

| | |
|---|---|
| United States of America | } |
| | } |
| republic state of Oregon | } **solemnly affirmed:** |
| | } |
| Washington county | } In private Capacity as a Beneficiary of the Original Jurisdiction |

### *Fiat Justitia, Ruat Coelum*
### (Let Justice be done, though the Heavens should fall)

**Corinna-Bridgett** [Family: Oleson], the live Christian woman and constituent Member of the Sovereignty, of *jura regalia* Capacity, hereinafter referred to as "Affiant", living lawfully and peacefully upon the soil of Oregon (established the fourteenth day of February, Anno Domini 1859), one of the several states of these united States of America, makes this verified Affidavit of her own free will, from her personal first-hand knowledge, does hereby solemnly affirm that the following statements are true, correct and materially complete and are not intended to mislead:

1. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists,** which conclusively proves Affiant is not a live Christian woman, lawfully living lawfully and peacefully upon the Land in the *de jure* sovereign republic state of Oregon [established the fourteenth day of February, Anno Domini 1859].

2. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists,** which conclusively proves Affiant is not of sound Mind, sufficient Age and Discretion to make the Statements herein.

3. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists,** which conclusively proves Affiant is not fully Competent to conduct all her own Affairs of State, both private and public.

4. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists,** which conclusively proves that Affiant is not a live constituent Member of the American Sovereignty living lawfully and peacefully within the surveyed territorial Boundaries of Oregon, within the geographical boundaries of the county of Washington.

5. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists,** which conclusively proves the live Affiant and

the *ens legis* (artificial) person "OLESON CORINNA" (including any commercial permutations or variations thereof) are or can be the same entity.

6. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves the live Affiant and the *ens legis* (artificial) person "OLESON CORINNA" (including any commercial permutations or variations thereof) are co-business partners.

7. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves the live Affiant is, or has knowingly agreed to act as, a surety or accommodation party for the *ens legis* (artificial) person "OLESON CORINNA" (including any commercial permutations or variations thereof).

8. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves the Affiant is, <u>or</u> has ever been, a legislatively created "citizen", "resident", "individual", "public vessel", "subject", "person", slave or peon of the "STATE OF OREGON", the "UNITED STATES", the "UNITED STATES OF AMERICA", the "USA", or any other corporate Federal or State, County, or Local government entity.

9. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that Affiant is either a "United States citizen", "subject", "public vessel", "person", "individual" or any other *ens legis* (artificial) entity, procedural phantom, legal fiction or juristic personality within the forum state jurisdiction of the corporate entity known as the "UNITED STATES".

10. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that Affiant has or is visiting, passing through, residing in, or is situate within the "UNITED STATES", or has the ability to visit, reside in, pass through, or be physically within the forum state jurisdiction of the corporate entity known as the "UNITED STATES".

11. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that **Equality of the Law** is not Paramount and **Mandatory by Law**.

12. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that Affiant waives, has waived, or intends to waive any constitutionally protected **Privileges, Immunities, Rights,**

**Remedies** or **Affirmative Defenses** including, without limitation, the defenses for want of *in rem*, *in personam* or **subject matter jurisdiction** in the private commercial state court, *i.e.*. "Case No. C081086EV".

13. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists,** which conclusively proves that the following fictions of law exist *in rerum natura*[1]: "STATE OF OREGON", "CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF WASHINGTON" (including any commercial permutations or variations thereof); "WASHINGTON COUNTY"; "WASHINGTON COUNTY SHERIFF"; "WASHINGTON MUTUAL BANK. N.A."; "ROUTH CRABTREE OLSEN, PC"; "THOMAS W. KOHL"; "NANCY E. HOCHMAN"; "TERESA M. SHILL"; "CORINNA OLESON", "18675 SW Kinnaman Rd, Aloha, OR 97007"; all Bar Associations, specifically including the "OREGON STATE BAR"; and, all other artificial persons or agents who are, or who may be associated with any Complaints against Affiant's natural Body or Affiant's private Land and real or chattel Property.

14. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists,** which conclusively proves that names are not just symbols that make up words, which, in fact, **do not** exist in the natural realm. It is impossible for symbols or words to think, create, act for or against, or lend anything substantial to any live man, woman, or child.

15. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists,** which conclusively proves that **all** fictions of law **must not** act by, and through, **live Agents,** who are personally responsible, in their underlined unlimited commercial Capacity, for Torts caused by their criminal acts against any live man, woman, or child.

16. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists,** which conclusively proves that the annexed **Removal** is filed for any vexatious, annoying reason, or for delay, since all paperwork issued thus far in the private commercial Washington County Circuit Court "Case No. C081086EV" has occurred in an un-bonded action, is **void on its face,** and no one can be held accountable except the putative magistrates of the aforesaid private commercial "court", attorneys **Thomas W. Kohl** and **Nancy E. Hochman.**

---

[1] *in rerum natura* - in existence in the natural realm.

17. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that the putative magistrates of the aforesaid private commercial "court", attorneys **Thomas W. Kohl** and **Nancy E. Hochman** do not have a fiduciary Duty to *sua sponte* give notice to any plaintiff via a "Show Cause" Order, if *in rem*, **personam**, or **subject-matter jurisdiction** is not firmly established on the face of the Record.

18. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that live attorneys, **Thomas W. Kohl, Nancy E. Hochman** and **Teresa M. Shill**, are not, by their specialized educations, legal training, current Oregon Bar memberships, and as "officers of the court", imputed to have a superior knowledge of the Law, including but not limited to: the **general principles of law and equity** specifically relating to **fraud** and **misrepresentation**, the **law merchant**, the **law relating to principal and agent**, the **Rules of Evidence**, the contents of Chapter 9 of the "OREGON REVISED STATUTES", particularly ORS 9.250(2), ORS 9.330 and ORS 9.350; as well as, the well-settled Principle of American Jurisprudence that if a magistrate does not have subject matter jurisdiction, then he/she and those who advise and act with him/her, or execute his/her process, **are trespassers**.

19. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that attorneys **Thomas W. Kohl** and **Nancy E. Hochman**, by their imputed superior knowledge of law, do not know that they are required by commercial contract law to have the **written consent** of the litigant Parties in the private commercial state court "Case No. C081086EV"entered on the face of the Record, knowingly accepting an un-elected "judge pro tempore", **before** such "judge pro tempore" has any lawful authority to rule or act upon any matter adversely relating to the substantive Due Process rights of the litigant Parties.

20. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that either the Affiant, the *ens legis* Plaintiff / Libelant Salal Park, Inc., or the duly **authorized** corporate Agent of "WASHINGTON MUTUAL BANK" have knowingly accepted or given their **written consent** for attorney **Nancy E. Hochman** to make any legal determination, rule or act upon any matter adversely relating to the substantive rights of the litigant Parties in private commercial "state court" "Case No. C081086EV".

21. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that

"WASHINGTON MUTUAL BANK" has standing to sue in any Oregon court except by virtue of a properly signed and dated **"attorney and client agreement"** being duly entered into the Record by any alleged "attorney of record" to satisfy the statutory requirement **mandated** by the Oregon legislature at **ORS 9.330.**

22. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that a corporate officer, **duly authorized** by the Federal corporate charter of "WASHINGTON MUTUAL BANK, N.A.", authorized the action or was even aware of it when attorney Teresa M. Shill signed and filed the initial "COMPLAINT" with the clerk of the private commercial "state court" *i.e.*, "Case No. C081086EV".

23. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that in order to recover on Affiant's **original Promissory Note**, the live agents of "WASHINGTON MUTUAL BANK, N.A." were not first required to prove: **(1)** the **existence** of the Note in question; **(2)** that the Party sued signed the Note (absent Fraud in the Inducement); **(3)** that "WASHINGTON MUTUAL BANK, N.A." was actually **in possession** of the **Note**; and, **(4)** that a certain balance is due and owing on the Note [see: *e.g., In Re: SMS Financial LLC. v. ABCO Homes, Inc.*, 167 F.3d. 235 (5th Circuit Court of Appeals - 1999)].

24. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that "WASHINGTON MUTUAL BANK" was in **actual possession** of Affiant's unaltered original Promissory Note, which is the debt instrument secured by the "deed of trust" to the private land and dwelling house commonly known as 18675 Southwest Kinnaman Road, when the title to said private Land and real Property was allegedly sold to pay the aforesaid Promissory Note.

25. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that relief from simulated legal process, *i.e.*, a **sham**[2] "nonjudicial" foreclosure sale, conducted under color of law and in violation of both Federal and State statute law to **fraudulently convey** the title to the private land and real property from one party to another, may not be had without regard to the time when the sale was conducted, and, without the showing of merit, or the excuse required by law where jurisdiction attaches.

---

[2] **sham** - something that is a counterfeit; not what it seems to be.

26. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that in cases of ejectment, where the question is who has the legal title, the Land Patent from the Government is not unassailable [see: *e.g., Sanford v. Sanford*, 139 U.S. 642 (1891)].

27. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that while in a court of general jurisdiction, there is a presumption that the judge or magistrate has subject-matter jurisdiction, that such presumption is not the **case** in **courts of limited jurisdiction**; and, that in all courts of limited jurisdiction, there is no **presumption** of **subject-matter jurisdiction**.

28. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that the State court of limited jurisdiction presided over by attorneys **Thomas W. Kohl** and **Nancy E. Hochman** ever had proper subject-matter to hear the "COMMERCIAL EVICTION COMPLAINT" of the *ens legis* Defendant / Libelee "WASHINGTON MUTUAL BANK, N.A." or otherwise order any action.

29. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that a court of limited jurisdiction does not immediately **lose subject matter jurisdiction** where the judge or magistrate does not act impartially.

30. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that should a judge or magistrate of a court of limited jurisdiction act in any case in which he or she does not have subject-matter jurisdiction, he or she is not **acting unlawfully**, and **without** any **judicial authority** whatsoever [see: *e.g., United States v. Will*, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); see also: *Cohens v. Virginia*, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821)].

31. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that **any** State or Federal **judge** or **magistrate** has any lawful Authority to **commit**, or authorize someone else to commit, any **criminal offense** in or out of the presence of the court [see: *e.g., Olmstead v. United States*, 277 U. S. 438, 485; 48 S. Ct. L. Ed. 944 (1928); see also: *People ex rel. Sammons v. Snow*, 72 A.L.R. 798].

32. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that though the law

itself is fair on its face, and impartial in appearance, yet, <u>if it is applied and administered by public authority with an evil eye and an unequal hand</u>, so as **practically** to make **unjust** and **illegal discriminations** between people or persons in similar circumstances, **material to** their **rights**, the **denial of equal justice** is not still within the prohibition of the federal Constitution [see: *e.g.*, *Yick Wo v. Hopkins*, 118 U. S. 356 (1886)].

33. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that the Washington County Circuit Court action (*i.e.* Number C081086EV) was not initiated for any purpose other than to aid and abet in the **collection** of an **unlawful debt** and to deprive the **Affiant** of her chattel Property, and the *ens legis* Plaintiff / Libelant Salal Park, Inc. of its private Land and real Property under color of law and color of office in direct violation of the Federal **Racketeer Influenced Corrupt Organization** (R.I.C.O.) laws, *i.e.*, United States Code, **Title 18, Sections 1956, 1957, 1961, 1962, 1963,** and **1964** *et seq.*

34. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that any judge or magistrate has lawful Authority or a <u>**license**</u> to **commit criminal acts** in a courthouse.

35. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that <u>all</u> Parties who help advance a **Scheme to Defraud** utilizing Mail Fraud, Wire Fraud, Criminal Conversion, Fraudulent Conveyance of Title, Extortion under **color of law** and **color of office**, or aid and abet any of the foregoing for the **collection** of an **unlawful debt** are not co-equally culpable under the Federal **Racketeer Influenced Corrupt Organization** (R.I.C.O.) laws, *i.e.*, United States Code, **Title 18, Sections 1956, 1957, 1961, 1962, 1963,** and **1964** *et seq.*

36. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that <u>**all**</u> live actors in the instant commercial Matter, including attorneys **Thomas W. Kohl, Nancy E. Hochman** and **Teresa M. Shill**, by their specialized educations and on-the-job technical training required to be competent in their respective occupations, are not imputed to be thoroughly conversant with the controlling Federal law in the instant Matter (*i.e.*, **Federal Fair Debt Collection Practices Act** (FDCPA), 15 U.S.C., Section 1692 *et. seq.*), as well as the **Federal criminal** and **civil penalties** for **aiding** in the **collection** of an <u>**unlawful debt**</u> (see: *e.g.*, "UNITED STATES CODE", Title 18, Sections 891-894, 1341, 1342, 1343, 1346, 1961, 1962, 1963 and 1964, *et seq.*).

37. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that as a result of the actions of attorneys **Thomas W. Kohl**, **Nancy E. Hochman** and **Teresa M. Shill** in aiding and abetting the **collection** of an **unlawful debt** using the **private business franchise** styled as: "IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF WASHINGTON" (including any commercial permutations or variations thereof) as a RICO pirate vessel, Affiant has not been deprived of business opportunities, has not sustained substantial commercial Harm in her private business affairs, and has not been damaged financially.

38. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that <u>any</u> elected judge <u>or</u> appointed magistrate "IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF WASHINGTON" (including any commercial permutations or variations thereof) has taken, subscribed, and transmitted to the Oregon secretary of state the **constitutionally <u>required</u>** Oath of Office for an Oregon circuit court judge **<u>before</u>** he or she can lawfully enter into the **duties** of his or her Office.

39. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that if any live Man or Woman, in *sui juris* Capacity, desires to answer or rebut this Affidavit **point-by-point**, he or she is not required, by **Operation of Law**, to do so in like Manner of this Instrument. That is to say, by a notarized Affidavit sworn or affirmed to be true, correct <u>and</u> **materially complete**, using his or her Christian Title (*i.e.*, secular "given" Name) and Family Name (*i.e.*, secular "surname") for signature and filing the same with the U. S. district court clerk for the district of Oregon, at Portland, Oregon; and, then sending a true copy to the **Affiant**, whose **name and mailing location** is provided on the first page of the annexed Libel in Review - Admiralty Counterclaim and Injunction.

40. **Affiant** has seen no lawful Evidence perfected into any lawful or legal Record, judicial or administrative, and **denies any such evidence exists**, which conclusively proves that the failure of the live Defendants / Libelees named in the annexed Libel in Review - Admiralty Counterclaim and Injunction to lawfully respond **<u>within</u> twenty (20) days** of verified receipt of a true copy of this Affidavit and rebut, with particularity, the statements of Material Fact in the instant Affidavit will not comprise such live Defendants / Libelees complete agreement with, and <u>unqualified</u> **Admission** and **open Confession** to, the truth of all Material Facts stated in the instant Affidavit, standing un-rebutted **upon the face of the court Record**.

41. Further the Affiant says naught.

## Verified on Affirmation of Corinna-Bridgett [Family: Oleson]

state: **Oregon**              }
                               } solemnly subscribed and affirmed:
county: _Washington_           }

**Corinna-Bridgett** [Family: Oleson], the above Affiant, on Affiant's own unlimited commercial Liability, does hereby certify that Affiant has read the above **Affidavit of Truth** and does know that the Material Facts contained therein are true, correct, materially complete and are not intended to mislead; in plain English, are the truth, the whole truth, and nothing but the truth to the best of Affiant's own first-hand knowledge and understanding, under the pains and penalties for giving false Testimony, in accordance with the general Laws of these united states of America, the general Laws of Oregon, and the international Law Merchant. If the Affiant is called and sworn to testify, Affiant is fully competent to testify as to the truth of the Matters stated in the aforesaid **Affidavit of Truth**.

Done and dated by my hand on this ___Sixteenth___ Day of the Ninth Month, in the Year of our Lord Yahushua, The Christ, Two-thousand-eight; and, of the Independence of these united States of America, the two hundred and thirty-second, under restricted signature, that is to say, with all One's constitutionally protected birthright Prerogatives, Immunities, and unalienable Rights reserved, and all Remedies preserved,

                                                    _Corinna-Bridgett_ ..................
                                                    **Corinna-Bridgett**, *in esse*, Affiant

**Notice and Caveat**: The use of the Notary Public below is only for identification of Affiant's natural body (state) and witness of Affiant's subscription to the foregoing Affidavit, and such use **does not** grant any undisclosed authority or jurisdiction to anyone or anything.

## Notary Public Certification and Jurat

state: **Oregon**              }
                               } solemnly subscribed and affirmed:
county: _Washington_           }

Before me, _Justin C Tallman_ , on this _16_ day of September, A. D. 2008, appears **Corinna-Bridgett** [Family: Oleson], personally known to me to be the Christian woman whose Christian Title is subscribed to the foregoing Instrument and affirmed to me that she is executing the same in her personal capacity, and as the duly authorized Representative of **Salal Park, Inc.**, and that by her signature on the foregoing Affidavit of Truth, she is solemnly affirming the Facts set forth in the aforesaid Affidavit of Truth are true, correct, and materially complete to the best of her first-hand knowledge and understanding.

**Witness**: my hand, notary stamp and official Seal.        {notary stamp}                    {Seal}

_Justin Charles Tallman_
Notary Public for STATE OF OREGON
My commission expires: _3 - 12_ A.D. 20_10_ .

OFFICIAL SEAL
JUSTIN C TALLMAN
NOTARY PUBLIC - OREGON
COMMISSION NO. 402056
MY COMMISSION EXPIRES MAR 12, 2010