**Christopher A. Gilmore;** OSB 98057
Senior Assistant County Counsel
chris_gilmore@co.washington.or.us
155 N. First Ave., Suite 340 – MS 24
Hillsboro, OR 97124-3072
Phone (503) 846-8747
Fax (503) 846-8636
Attorney for Defendant Rob Gordon

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| CORINNA-BRIDGETT, *et al.*, | No. 08CV-1072-HU |
| Plaintiffs, | **DEFENDANT ROB GORDON'S MOTION TO DISMISS** |
| v. | **Fed.R.Civ.P. 12(b)(1) and (6)** |
| WASHINGTON MUTUAL BANK, N.A, *et al.*, | |
| Defendants. | |

### Certificate of Compliance with LR 7.1(a)

The undersigned attorney certifies that he has made a good faith effort to confer with plaintiff, who is not represented by counsel, but the parties were unable to resolve this matter.

### Motion

Defendant Rob Gordon moves the court for an order dismissing the action against defendant Gordon on the grounds of lack of subject-matter jurisdiction and that plaintiff has

///

///

///

failed to state a claim for relief. Defendant relies on Fed.R.Civ.P. 12(b)(1) and (6), and on the accompanying Memorandum of Law.

Respectfully submitted October 6, 2008.

OFFICE OF COUNTY COUNSEL

*/s/ Chris Gilmore*
Chris Gilmore; OSB 98057 – Trial Attorney
Senior Assistant County Counsel
chris_gilmore@co.washington.or.us
503-846-8747
Of Attorneys for Defendant Rob Gordon

# CERTIFICATE OF SERVICE

I certify that on October 6, 2008 I served a true and correct copy of each of the documents listed below on the following attorneys and parties by one of the following methods as designated for each recipient of service below:

**Mail** First class mail plainly addressed as shown and deposited, postage fully prepaid, on October 6, 2008, with the U.S. Postal Service for delivery.

**Fax** Telephonic facsimile transmission to each of the listed attorneys at the facsimile number listed in the Membership Roster of the Oregon Bar Association Internet website or, if none, such person's business letterhead, and certify that the equipment used for such transmission reported that each receiving device was operating at the time of transmission.

**Personal** Hand delivery directly to such person.

**Office** Hand delivery to a clerk or person apparently in charge of such person's office.

**Home** Hand delivery to a resident over 14 years of age at such person's residence.

**ECF** Electronic filing with the U.S. District Court for the District of Oregon. A copy of the receipt containing the electronic file stamp is attached.

**Persons Served:**

| Name and Address | Attorney for | Service Method(s) |
|---|---|---|
| Corinna-Bridgett<br>18675 SW Kinnaman Road<br>Aloha, OR 97007 | Plaintiff, Pro Se | Mail |

**Documents:**

| |
|---|
| Defendant Rob Gordon's Motion to Dismiss |

                    */s/ Chris Gilmore*
                    Chris Gilmore; OSB # 98057
                    Senior Assistant County Counsel
                    Of Attorneys for Defendant Rob Gordon

*I certify that the copies of the documents listed above to which this certificate is attached are true, correct and complete copies of the original(s).*

                    */s/ Chris Gilmore*
                    Chris Gilmore; OSB #98057
                    Senior Assistant County Counsel

08-3363