HARDY MYERS
Attorney General
ELIZABETH C. BRODEEN #08275
Assistant Attorney General
JAMES S. SMITH #84093
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Elizabeth.C.Brodeen@doj.state.or.us
        James.S.Smith@doj.state.or.us

Attorneys for Defendants Hochman and Kohl

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CORINNA-BRIDGETT, in esse, individually; SALAL PARK, INC., an Oregon non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, N.A.; ROUTH CRABTREE OLSEN, P.C.; ALAN H. FISHMAN; TERESA M. SHILL; NANCY E. HOCHMAN; THOMAS W. KOHL, and ROB GORDON,<br><br>Defendants. | Case No. 3:08-cv-01072-HU<br><br>STATE JUDGE DEFENDANTS' MOTION TO MAKE MORE DEFINITE, OR ALTERNATIVELY, MOTION TO DISMISS |

Pursuant to Federal Rule of Civil Procedure 8(e), Defendants Nancy E. Hochman and Thomas W. Kohl ("State Judge Defendants") move for an order requiring Plaintiffs to make their pleading more definite. In the alternative, State Judge Defendants move for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), dismissing Plaintiffs' claims against

Page 1 -   STATE JUDGE DEFENDANTS' MOTION TO MAKE MORE DEFINITE, OR
           ALTERNATIVELY, MOTION TO DISMISS
           ECB/cbh/1074084-v1

them with prejudice. These Motions are supported by the accompanying State Judge Defendants' Memorandum in Support of Motion to Make More Definite, or Alternatively, Motion to Dismiss.

Counsel for State Judge Defendants certifies that a good faith effort was made to contact Plaintiff Corinna-Bridgett and resolve the subject of this motion as required by Local Rule 7.1. However, Plaintiff Corinna-Bridgett has not provided a phone number where she can be reached and counsel for State Judge Defendants was unable to acquire her information any other way. Counsel for State Judge Defendants called the one phone number included in the Complaint and discovered that it was the number for this Court. *See* Compl. ¶ 32.

DATED this 16th day of October, 2008.

Respectfully submitted,

HARDY MYERS
Attorney General

*/s/ Elizabeth C. Brodeen*
ELIZABETH C. BRODEEN #08275
Assistant Attorney General
JAMES S. SMITH #84093
Senior Assistant Attorney General
Trial Attorneys
Elizabeth.C.Brodeen@doj.state.or.us
James.S.Smith@doj.state.or.us
Of Attorneys for Defendants Nancy E. Hochman and Thomas W. Kohl.

Page 2 -   STATE JUDGE DEFENDANTS' MOTION TO MAKE MORE DEFINITE, OR ALTERNATIVELY, MOTION TO DISMISS
ECB/cbh/1074084-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on October 16th, 2008, I served the foregoing STATE JUDGE DEFENDANTS' MOTION TO MAKE MORE DEFINITE, OR ALTERNATIVELY, MOTION TO DISMISS upon the parties hereto by the method indicated below, and addressed to the following:

Corinna-Bridgett
and Salal Park, Inc.
c/o 18675 Southwest Kinnaman Road
Aloha, Oregon  97007-2464
    Plaintiff Pro Se

\_\_\_ HAND DELIVERY
 X  MAIL DELIVERY
\_\_\_ OVERNIGHT MAIL
\_\_\_ TELECOPY (FAX)
\_\_\_ E-MAIL
\_\_\_ E-FILE

*[signature]*
ELIZABETH C. BRODEEN #08275
Assistant Attorney General
JAMES S. SMITH #84093
Senior Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Elizabeth.C.Brodeen@doj.state.or.us
James.S.Smith@doj.state.or.us
Of Attorneys for Defendants Hochman and
   Kohl

Page 1 -   CERTIFICATE OF SERVICE
           ECB/cbh/1068702-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791