Teresa M. Shill, OSB # 031680
E-Mail: tshill@rcflegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 977-7926
Fax: (503) 977-7963
Attorney For Defendant: Washington Mutual Bank, N.A.

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| CORINNA-BRIDGETT, *in esse*, individually, and as Agent for and on behalf of SALAL PARK, INC., an Oregon non-profit corporation<br><br>        Plaintiffs<br>    v.<br><br>WASHINGTON MUTUAL BANK, N.A.; ROUTH CRABTREE OLSEN, P.C.: ALAN H. FISHMAN; TERESA M. SHILL; NANCY E. HOCHMAN; THOMAS W. KOHL; AND ROB GORDON,<br><br>        Defendants. | Case No. 08CV-1072-HU<br><br>**DEFENDANT WASHINGTON MUTUAL BANK'S MOTION TO SUBSTITUTE** |

Defendant, Washington Mutual Bank, by and through its undersigned counsel, hereby files this Motion to Substitute on behalf of the Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank (Receiver), and respectfully represents to the Court that it is the real party in interest in the above captioned lawsuit, as contemplated by Rule 1.21(a) or (Rule 17(a) Federal Rules of Civil Procedure), and moves the Court to substitute the Receiver in the place and stead of defendant Washington Mutual Bank. In support thereof, Appellant states as follows:

1.  On September 25, 2008, the Office of Thrift Supervision declared Washington Mutual Bank insolvent, and appointed the Federal Deposit Insurance Corporation (the "Corporation") its Receiver.  See Exhibit "A".

2.  The Corporation accepted the appointment as Receiver pursuant to 12 U.S.C. Section 1821(c)(3)(A).

3.  As such, the FDIC is now the real party in interest and must be substituted as Defendant in the place of Washington Mutual Bank.

DATED this 7th day of November, 2008

**ROUTH CRABTREE OLSEN, P.C.**

By __/s/ Teresa M. Shill_____ _____
Teresa M. Shill, OSB # 031680
Attorneys for Washington Mutual
Bank, N.A.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon  97035
(503) 977-7926; Fax (503) 977-7963
tshill@rcolegal.com