Teresa M. Shill, OSB # 031680
E-Mail: tshill@rcflegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 977-7926
Fax: (503) 977-7963
Attorney For Defendant: Federal
Deposit Insurance Corporation.

FILED
DEC - 2 2008

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CORINNA-BRIDGETT, *in esse*, individually, and as Agent for and on behalf of SALAL PARK, INC., an Oregon non-profit corporation<br><br>Plaintiffs<br>v.<br><br>WASHINGTON MUTUAL BANK, N.A.; ROUTH CRABTREE OLSEN, P.C.: ALAN H. FISHMAN; TERESA M. SHILL; NANCY E. HOCHMAN; THOMAS W. KOHL; AND ROB GORDON,<br><br>Defendants. | Case No. 08CV-1072-HU<br><br>**ORDER STAYING PROCEEDINGS**<br><br>*PROPOSED* |

1.

Having duly considered the Motion of the Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank (the "Receiver"), for the issuance of a 90 day stay of these proceedings under 12 U.S.C. Section 1821(d)(12)(A)(ii), and it appearing that the Receiver's Motion is well-taken in light of the facts presented to this Court, it is hereby

2.

ORDERED, ADJUDGED, AND DECREED, that the request of the Federal Deposit

Insurance Corporation, as Receiver of Washington Mutual Bank, for issuance of a 90 day stay of these proceedings is hereby granted..

DATED this **2nd** day of **December**, 2008

BY THE COURT:

/s/ *signature*
~~DISTRICT COURT~~ JUDGE
Magistrate

Submitted by:

**ROUTH CRABTREE OLSEN, P.C.**
By __/s/ Teresa M. Shill__
Teresa M. Shill, OSB # 031680
Attorneys for Federal
Deposit Insurance Corporation.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
(503) 977-7926; Fax (503) 977-7963
tshill@rcolegal.com