Teresa M. Shill, OSB # 031680
E-Mail: tshill@rcflegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 977-7926
Fax: (503) 977-7963
Attorney For Defendant Alan H. Fishman

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| CORINNA-BRIDGETT, *in esse*, individually, and as Agent for and on behalf of SALAL PARK, INC., an Oregon non-profit corporation<br><br>Plaintiffs<br><br>v.<br><br>WASHINGTON MUTUAL BANK, N.A.; ROUTH CRABTREE OLSEN, P.C.: ALAN H. FISHMAN; TERESA M. SHILL; NANCY E. HOCHMAN; THOMAS W. KOHL; AND ROB GORDON,<br><br>Defendants. | No. CV08-1072-HU<br><br>**DECLARATION OF ALAN H. FISHMAN IN SUPPORT OF FRCP 12 MOTIONS** |

I, Alan H. Fishman, deposes and states:

1.

I am a citizen of the United States, over the age of 21 years of age, and competent to be a witness and the following are true to the best of my knowledge.

2.

I succeeded Kerry K. Killinger as Chief Executive Officer of Washington Mutual Bank on or about September 8, 2008. I am no longer the CEO, nor employed by Washington Mutual Bank as of September 26, 2008.

//

DECLARATION OF ALAN H. FISHMAN IN SUPPORT OF
FRCP 12 MOTIONS - Page 1 of 2

3.

I have not been served with Plaintiffs' Complaint herein the instant action pursuant to FRCP 4.  I have not waived service pursuant to FRCP 4(d).  I have not been personally served pursuant to the laws of the state of Oregon or FRCP 4(e)(1) or (2)(A), (B), or (C).  I have not been personally served, served by substitute service at my usual place of abode or dwelling place, nor upon an agent authorized by appointment or by law to receive service pursuant to FRCP 4(e)(2).

4.

I declare under penalty of perjury of the laws of the State of Oregon that the foregoing statements are true and correct.

DATED this 28th day of December 2008.

By _/S/_ Alan H. Fishman_____
Alan H. Fishman
6 Willow Place
Brooklyn, NY  11201