# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 08-1072-HU   **Date of Proceeding:** April 9, 2009

**Case Title:** Corinna Bridgett Oleson, et al v. Washington Mutual Bank, N.A., et al

**Presiding Judge:** Hon. Dennis J. Hubel   **Courtroom Deputy:** Kathleen Bartholomew (326-8060)

**Reporter:** KB/FTR   **Tape No:**

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Corinna Bridgett Oleson (pro se) | Teresa Shill<br>Elizabeth Brodeen<br>Christopher Gilmore |

**DOCKET ENTRY:**

RECORD OF TELEPHONE STATUS CONFERENCE

Plaintiff advised on the record her true, complete name is: Corinna Bridgett Oleson, and her current address and telephone number are: 7410 SW Oleson Road, #204, Portland, Oregon 97223; (503) 330-9992. The Clerk is directed to correct the case docket to reflect this current contact information for plaintiff.

Plaintiff advised the court of her intent to obtain counsel for her, and for the corporate plaintiff, Salal Park, Inc. The court ordered that an attorney shall make an appearance on behalf of the corporate plaintiff no later than May 26, 2009. Pursuant to Local Rule 83.9(b), the corporate defendant may appear in this matter only through counsel.

With the agreement of all parties, the Motion for Stay Pending Exhaustion of Mandatory Administrative Claims Process, [42], filed by Federal Deposit Insurance Corporation, is GRANTED, up to and including November 23, 2009, but applies only as to plaintiffs' claims against defendant Washington Mutual Bank, N.A., and its Receiver, the FDIC.

Plaintiff's request for additional time in which to file any further document in support of Plaintiffs' Motion for Issuance of Arrest Warrants [17] is GRANTED. Any further brief in support of the motion must be filed, through counsel, no later than May 26, 2009.

cc: ( ) All counsel   **DOCUMENT NO:** _____
**Civil Minutes**   **Honorable Dennis J. Hubel**
**Revised 4/22/98**

Plaintiffs shall file responses to the pending motions set forth below no later than <u>April 23, 2009</u>; defendants' replies are due <u>May 14, 2009</u>.  There being no request for oral argument on any of the motions, they will be taken under advisement, without oral argument, as of <u>May 14, 2009</u>.

- Motion to Dismiss [8], filed by defendants Routh Crabtree Olsen, P.C. and Teresa M. Shill
- Motion to Dismiss [14] filed by defendant Rob Gordon
- Motion for a More Definite Statement, of Alternatively, Motion to Dismiss [21], filed be defendants Nancy E. Hochman and Thomas W. Kohl
- FRCP 12 Motions to Dismiss [39] filed by defendant Alan Fishman

cc:  (  )  All counsel                                                                                       DOCUMENT NO: _____
**Civil Minutes**                                                                                          **Honorable Dennis J. Hubel**
**Revised 4/22/98**