IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CORINNA BRIDGETT OLESON,
and SALAL PARK, INC., an
Oregon non-profit corporation,

        Plaintiffs,

    v.

WASHINGTON MUTUAL BANK, N.A.,
et al.,

        Defendants.

No. CV 08-1072-HU

OPINION AND ORDER

**MOSMAN, J.**,

    On August 6, 2009, Magistrate Judge Hubel issued Findings and Recommendation ("F&R") (#48) in the above-captioned case recommending that I GRANT defendants' Motions to Dismiss (## 8, 14, 21, 39) because the court lacks subject matter jurisdiction, and DENY plaintiff's Motion for Arrest Warrant (#17) under the Admiralty Rules. No objections to the F&R were filed.

## DISCUSSION

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination of those portions of the report or specified findings or

PAGE 1 - OPINION AND ORDER

recommendation as to which an objection is made.  28 U.S.C. § 636(b)(1)(C).  However, the

court is not required to review, under a *de novo* or any other standard, the factual or legal

conclusions of the magistrate judge as to those portions of the F&R to which no objections are

addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328

F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to review

the F&R depends on whether or not objections have been filed, in either case, I am free to accept,

reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Hubel's recommendation, and I ADOPT the F&R (#48)

as my own opinion.

IT IS SO ORDERED.

DATED this  _2nd_  day of September, 2009.


/s/ Michael W. Mosman____
MICHAEL W. MOSMAN
United States District Court

PAGE 2 - OPINION AND ORDER