IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CORINNA BRIDGETT OLESON,
and SALAL PARK, INC., an
Oregon non-profit corporation,

        Plaintiffs,

    v.

WASHINGTON MUTUAL BANK, N.A.,
et al.,

        Defendants.

No. CV 08-1072-HU

JUDGMENT

**MOSMAN, J.,**

    Based on the Opinion and Order of the court filed September 2, 2009 adopting Magistrate Judge's Findings and Recommendations (#48) and granting defendants' Motions to Dismiss (##8, 14, 21, 39),

    IT IS ORDERED AND ADJUDGED that the above captioned matter is DISMISSED with prejudice.  Pending motions, if any, are DENIED AS MOOT.

    DATED this  10th  day of September, 2009.

                              /s/ Michael W. Mosman
                              MICHAEL W. MOSMAN
                              United States District Judge

PAGE 1 - JUDGMENT